UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>DOE 1 a/k/a YUCHENG CHANG and DOES 2–25,<br><br>      *Defendants.* | Civil Action No.: |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REDACT CERTAIN PERSONAL IDENTIFYING INFORMATION AND TO FILE APPENDIX A UNDER SEAL**

Upon consideration of Google LLC's ("Google" or "Plaintiff") motion to file certain documents under seal or with redactions, and the Court having found that there are legitimate confidentiality concerns which warrant the relief sought, and for good cause shown, it is hereby,

**ORDERED** that Google's motion is GRANTED.

**IT IS FURTHER ORDERED** that the following documents filed in support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause shall remain under seal and/or in redacted form on the Court's docket until otherwise stated:

(1) Appendix A to the Naxo Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause;

(2) a copy of Plaintiff's Memorandum of Law in Support of Its Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause;

(3) a copy of Naxo's Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause and accompanying appendix and exhibits;

(4) a copy of Google's Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause and accompanying appendix; and

(5) a copy of the Declaration of Laura Harris in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause.

So ordered.

_____
United States District Judge

Date: _____

Time: _____