UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DOE 1 a/k/a YUCHENG CHANG and DOES 2–25,<br><br>    *Defendants.* | Civil Action No.: |

**PLAINTIFF'S MOTION FOR AN *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

Plaintiff Google LLC ("Google" or "Plaintiff"), by and through undersigned counsel, hereby moves this Court to enter an *ex parte* temporary restraining order and an order to show cause against Defendants Doe 1 a/k/a Yucheng Chang and Does 2–25 in accordance with Federal Rule of Civil Procedure 65. The proposed order is necessary to prevent Google, its users, and the public from suffering further and irreparable harm because of Defendants' acts. The grounds for this motion and order are set forth in the accompanying memorandum of law.

Dated: December 17, 2025              Respectfully submitted,


                                  */s/ Laura Harris*
                                  Laura Harris
                                  **KING & SPALDING LLP**
                                  1290 Avenue of the Americas, 14th Fl.
                                  New York, NY 10104-0101
                                  Tel: (212) 556-2100
                                  Fax: (212) 556-2222
                                  lharris@kslaw.com

                                  Christine M. Carletta
                                  Paul Weeks (*pro hac vice* to be submitted)
                                  **KING & SPALDING LLP**
                                  1700 Pennsylvania Avenue, NW, Suite 900
                                  Washington, DC 20006-4707
                                  Tel: (202) 737-0500
                                  Fax: (202) 626-3737
                                  ccarletta@kslaw.com
                                  pweeks@kslaw.com

                                  Sumon Dantiki (*pro hac vice* to be submitted)
                                  **BAKER MACKENZIE LLP**
                                  815 Connecticut Avenue, N.W.
                                  Washington, DC 20006
                                  Tel: (202) 452-7000
                                  Fax: (202) 452-7074
                                  sumon.dantiki@bakermckenzie.com


                                  *Counsel for Plaintiff Google LLC*