**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GOOGLE LLC,

           *Plaintiff,*

    v.

DOE 1 a/k/a YUCHENG CHANG and DOES 2–25,

        *Defendants.*

Civil Action No.:

**DECLARATION OF**  **IN SUPPORT OF PLAINTIFF'S MOTION FOR AN *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

I, ███████, declare as follows:

1.    My name is ███████. I am over eighteen years of age and competent to testify to the matters set forth herein.

2.    I am a member of NAXO Labs LLC ("NAXO"), a company that conducts blockchain and cyber investigations in connection with civil and criminal litigation. At NAXO, I manage and oversee crypto asset, dark web, and related investigations. Before joining NAXO, █ ████████████████████████████████████████████████ ████████████████████████████████████████ I used my technical expertise in blockchain and the dark web to investigate a wide range of cyber and crypto-related crime, including crimes against children, financial crimes, and network intrusions. I also led investigations identifying, locating, and apprehending criminals who used decentralized networks to obfuscate their identities. Among other matters, I led a multi-year investigation that resulted in the identification, apprehension, and conviction of two individuals who operated one of the most heavily trafficked criminal sites on the dark web. After apprehending the site's administrators, I

led the effort to use their accounts to identify and arrest a large network of offenders operating on the dark web.

3.      Prior to my time at ████████████████████████████████████
████████████████████████████████████████. There, I was responsible for investigating financial crimes and cybercrimes and recovering electronic evidence from seized devices. I also served as a ████████████████████████████████████
████████████████████, where I used data analysis to investigate complex federal contract fraud.

4.      I hold a ████████████████████████████████████
██████████████████████████████████████████████████
████████.

5.      Over the course of my career, I have testified as an expert in the areas of access device fraud, financial crimes, digital forensics, and cybercrime investigations in legal proceedings on several occasions, including testimony at trials, before grand juries, and in hearings at both the federal and state levels.

6.      In support of the accompanying Complaint, I conducted an investigation of phishing software known as "Magic Cat" developed by a person or persons using the name Darcula, and others. The software enables criminal actors to steal personal information and financial data from victims by creating fake websites that closely resemble legitimate websites. When victims enter their personal and/or financial data into the fraudulent websites, that data is funneled to the users of Magic Cat. The Magic Cat users then appropriate the stolen information for personal financial gain, either by exploiting victims' financial accounts themselves or selling bulk collections of stolen data to other criminals. The user(s) of the Telegram handle @Darcula,

at least one of whom has been publicly identified as "Yucheng C.,"[1] work with a network of cybercriminals to perpetrate phishing schemes. For example, the user(s) of the Telegram handle @pk520520 provide international telephone numbers and contact information for Magic Cat users to send bulk text messages to potential victims, and the user(s) of the Telegram handle @x667788x provide the infrastructure to send those messages by the thousands through iMessage, SMS, and RCS services. The Magic Cat software has been used to create tens of thousands of phishing websites, leading to the theft of financial information from tens of thousands of victims, and losses of potentially millions of dollars. My investigation involved researching public information, entering online chat forums, reviewing phishing websites created using Magic Cat, and analyzing Magic Cat itself.

7.      I have been retained by Google LLC to conduct the investigation described herein. I am being compensated at a rate of $625 per hour. The opinions I am providing are my own and are not contingent on my compensation or the outcome of this matter.

## I.    Background Terminology

8.      Phishing is a cybercrime in which attackers impersonate legitimate entities to trick people into clicking on a link or navigating to a website built to steal sensitive personal information. Phishing messages are typically delivered through email, text message, or targeted online advertising. Commonly impersonated entities include financial institutions, postal and shipping companies, government agencies, and cryptocurrency exchanges. Phishing attacks target personal data, usernames and passwords, and banking and credit card information.

---

[1] *Darcula and the Magic Cat: How OSINT Unmasked a Phishing Tycoon*, OSINT Industries, (Aug. 12, 2025), https://tinyurl.com/2uknb96n.

9. Phishing-as-a-service is a term that describes the business model that sells software and support services to facilitate phishing, making it relatively easy for those without technical expertise to create a phishing campaign. This software, also sometimes referred to as a "phishing kit," provides the infrastructure necessary to create a fake website (or other platform), send bulk text messages and emails to victims, and collect and store stolen personal and/or financial information. For example, phishing software may contain ready-made website templates that closely resemble legitimate websites.

10. Short Message Service ("SMS") phishing scams refer to phishing attempts sent through text message (or other telephone messaging services like RCS and iMessage). These messages target thousands of phone numbers at a time and often encourage recipients to click on a malicious link that leads to a fraudulent phishing website. The fake websites used in these scams often mimic those of toll enforcement agencies, postal and shipping companies, or financial institutions. This is sometimes referred to as "smishing."

11. Telegram is a free messaging service with over one billion monthly active users.[2] Users typically create Telegram accounts with a phone number and can set a unique Telegram username.[3] Telegram allows users to directly message each other and join conversational groups with up to 200,000 members.[4] Typically, any member of a group can post in that group. Users can also join Telegram channels, which are designed for one-way information sharing. Usually, only

---

[2] *See* Katherine Li, *Telegram Hits 1 Billion Active Users as CEO Pavel Durov Takes Swipe at Meta-Owned Rival WhatsApp*, Business Insider (Mar. 19, 2025), https://tinyurl.com/b24ux7fy.
[3] *See No-SIM Signup, Auto-Delete All Chats, Topics 2.0 and More*, Telegram Blog (Dec. 6, 2022), https://tinyurl.com/3akd4xdm.
[4] *See Group Chats on Telegram,* Telegram Blog (last visited Dec. 14, 2025), https://tinyurl.com/vppe886w.

channel administrators ("admins") can post in a channel.[5] Any user can create new Telegram groups and channels.

12.     Multi-factor authentication ("MFA") is an account security measure that requires enhanced verification to access an account in addition to a username and password. Most commonly, this is a one-time passcode sent to an account holder's email or phone.

13.     3-D Secure refers to a security technology implemented by many credit card issuers that aims to reduce online fraud. When a user attempts certain actions with the credit card, like making an online payment or adding a credit card to a mobile wallet, the card issuer can request additional authentication (MFA) from the user. Brand names of this technology include Visa Secure,[6] Mastercard Identity Check,[7] American Express SafeKey,[8] Discover ProtectBuy,[9] and Google Secure Payment Authentication.[10]

14.     An Internet Protocol ("IP") address is a unique set of numbers and sometimes letters assigned to devices connected to the internet, allowing connected devices to communicate with each other.

15.     Domains or domain names are human-readable addresses for websites that replace numerical or alphanumerical IP addresses, like www.google.com.

---

[5]     *See Telegram Channels*, Telegram Blog (last visited Dec. 14, 2025), https://tinyurl.com/8aajwsk9.

[6] *See Visa Secure with EMV 3-D Secure Authentication*, Visa Online Payment Fraud, Emerging Threats, Segment Analysis Market Forecasts 2018-2023 (Nov. 2018), https://tinyurl.com/bde43zrb.

[7] *See Identity Authentication, Ensure Your Customers Are Real*, Mastercard Cybersecurity and fraud prevention, Identity (last visited Dec. 10, 2025), https://tinyurl.com/2wdzhxz9.

[8] *See American Express SafeKey & Online Safety*, American Express.com (2025), https://tinyurl.com/257r5nfv/.

[9] *See 3DS ProtectBuy, Reduce the Growing Threat of Card-Not-Present Fraud*, DiscoverGlobalNetwork.com (2025), https://tinyurl.com/3yywej6j.

[10] *See* Jose Ugia, *What's New in Google Play*, Google for Developers (May 23, 2023), https://tinyurl.com/4hypr6s4.

## II.    Overview of the Darcula/Magic Cat Phishing-as-a-Service Software

16.    People who use mobile phones or the internet are regularly targeted by scammers attempting to steal their account logins or financial information. Potential victims receive text messages directing them to click on a link, open emails pretending to be from real businesses or contacts, or accidentally navigate to websites that look almost identical to those of legitimate companies. If internet users are not careful, these text messages, emails, or even their own browsing can lead them to malicious websites. These websites "spoof" those of legitimate companies and are built to look and function the same as the trusted websites people visit daily. When scam victims are fooled by one of these spoofed websites, they'll often input their personal and/or financial information, like a credit card or bank account number, which is directly funneled to a criminal actor who uses it to steal their money. Phishing is by far the most frequent internet crime reported to the FBI, with over 193,407 complaints received in 2024 and over $70 million in reported losses in the United States.[11]

17.    Despite the scope and reach of this crime, it is relatively easy to commit, thanks in large part to phishing software like Magic Cat. This type of software provides someone who wants to run a phishing scam with many of the tools they need to do so: the ability to make a fake version of almost any website, a means to distribute links to those fake websites via iMessage, RCS, or SMS, and a platform to collect and organize stolen personal financial information. Magic Cat differentiates itself from other phishing software as it allows users to easily replicate any existing website, using artificial intelligence ("AI") integration to make each spoofed website completely customizable without the need for complex technical coding. For a fee paid to Darcula,

---

[11] *See* FBI Internet Crime Complaint Center, *Federal Bureau of Investigation Internet Crime Annual Report 2024*, 9, 10 (2025), https://tinyurl.com/55pwfp6a.

@xiaoyi990618, @pk520520, or another seller of Magic Cat, a scammer could create hundreds of websites that could steal thousands of victims' financial data.

18.    Telegram communities used by the software developers connect scammers with co-conspirators providing other necessary resources: data brokers who supply lists of potential victims' contact information;[12] "spammers" who specialize in strategies for sending out SMS messages in bulk, often operating farms of multiple cell phones or SIM cards;[13] and other specialists to help launder stolen funds once scammers acquire phished credentials.[14]

19.    Once scammers use the Magic Cat software to steal data, they profit from it in various ways. One common trend supported by the Magic Cat software and used by Darcula associates like Telegram user(s) @x667788x, is to load numerous stolen credit cards onto Apple or Android mobile devices, which can be sold in bulk to criminal networks to make purchases or launder money.[15] Scam groups also have the ability to relay new stolen card information in real time to devices used by conspirators who use them to make in-person purchases, a practice known

---

[12] Data brokers collect bulk sets of contact information from various sources including public records, social media, and data breaches. *See What To Do If a Scammer Has Your Phone Number*, Identity Guard (Feb. 14, 2024), https://tinyurl.com/2bynehp2. For example, in 2021, hackers claimed to have stolen the data of 100 million T-Mobile customers, which they sold on the dark web. Breached data is often available for sale in dark web forums relatively inexpensively. *See, e.g.*, Brian Barnett, *The T-Mobile Data Breach is One You Can't Ignore*, WIRED (Aug. 16, 2021), https://tinyurl.com/23xwyb3p.

[13] Telegram forums sell both the hardware necessary to send these messages in bulk, and access to service providers who operate the hardware on behalf of scammers. One piece of hardware used to do this is an SMS modem pool that can operate over 500 SIM cards, allowing messages to be sent in bulk from telephone numbers that appear to be coming from the United States. *See* Gary Warner, *SMS Pools and what the US Secret Service Really Found Around New York,* Security Boulevard: Security Bloggers Network (Sept. 29, 2025), https://tinyurl.com/yta29z8e.

[14] *See* Mnemonic Security Podcast, *The Economy for Phish* (Aug. 18, 2025), https://tinyurl.com/4dr3h52v.

[15] *See* Brian Krebs, *How Phished Data Turns into Apple & Google Wallets*, KrebsonSecurity (Feb. 18, 2025), https://tinyurl.com/wpazfcdv.

as "ghost tapping."[16] Some recent law enforcement actions have identified networks of Chinese

nationals in the United States using phones loaded with stolen credit card information using tap-

to-pay functionality to purchase gift cards in bulk.[17] Other groups simply purchase their own tap-

to-pay machines and use customer cards to make payments directly to themselves.[18] Darcula

associate @xiaoyi990618's Telegram bio, for example, advertises "POS machines and various

payment channels" specifically referencing this type of method for cashing out stolen card

information.[19] In another trend, scammers use stolen brokerage firm credentials to perpetrate a

new version of a "pump and dump" scheme. In this version of the scheme, scammers pre-purchase

a certain stock, and then use compromised brokerage accounts to purchase large volumes of the

---

[16] *See Ghost-Tapping and the Chinese Cybercriminal Retail Fraud Ecosystem*, Recorded Future (Aug. 14, 2025), https://tinyurl.com/wy5yza4c ("We believe that established, Southeast Asia-based criminal groups that have been involved in scamming activities (romance, investment scam, and cryptomining, among others) since 2020 have begun and will continue to incorporate ghost-tapping campaigns into their activities for financial gains.").

[17] *See* Josh Jarnagin, *Knox County Detectives Investigating 'Ghost Tap' Credit Card Fraud,"* WVLT8 (May 31, 2025), https://tinyurl.com/y2t7tvzv/; Media Release*, Joint Advisory on Unauthorised Card Transactions Made Using Contactless Payment Methods in Singapore*, MONETARY AUTH. OF SINGAPORE (Feb. 17, 2025), https://tinyurl.com/3uabmj63 ("This modus operandi starts with the scammer . . . obtaining the victim's card credentials through e-commerce related phishing websites, including social media advertisements. The scammer then adds the card details onto the Apple wallet of his own device. An SMS One-Time Password (OTP) would be sent to the victim, who is then tricked to enter the OTP into the phishing website operated by the scammer, thereby giving the scammer access to their card. After successfully taking over the victim's card, the scam syndicate will conspire with a money mule to make unauthorised transactions by connecting the mule's mobile device to the scammer's Apple wallet. The money mule would then be able to make in-person purchases using the contactless payment method . . . to buy goods in-store, for example, high value electronic items or luxury goods.").

[18] *See* Brian Krebs, *How Phished Data Turns into Apple & Google Wallets*, KrebsonSecurity (Feb. 18, 2025), https://tinyurl.com/wpazfcdv.

[19] *See* **Exhibit 1**, at 5 (Figure 1). At the time of my review, I used Google Translate or Telegram's translation feature. I have since had all such figures translated by a court-certified service. Exhibit 1 includes true and correct copies of the original screenshots I took of the software, Telegram channels, or tutorial videos and the respective English translations and certifications of translation.

stock, inflating the price. Once it reaches a certain price, they liquidate their original holdings.[20] Finally, phishing attacks were reported as the leading entry point for ransomware delivery in 2025 (involved in 35% of all attacks, an increase from 25% in 2024), meaning that data collected through phishing of individuals is often then used to conduct ransomware attacks on organizations.[21]

20.    Released in 2023, Magic Cat was one of the first pervasive and sophisticated phishing-as-a-service platforms. For over two years, the Telegram account with the username @Darcula, always using its signature picture of a white cat, openly advertised and sold Magic Cat in a Telegram Channel named @darcula_channel. A network of associated cybercriminals, including Telegram users @pk520520, @x667788x, and @lizi250 promoted, sold, or offered supporting services for phishing campaigns run with Magic Cat. From 2023 through early 2025, Telegram channels used by this group were filled with messages strategizing about the best ways to steal victim data and boasting about the money to be made by scamming people using Magic Cat. Throughout this timeframe, @Darcula regularly published updates to the software. In January 2025, @Darcula announced the release of Magic Cat "V3," an updated version of the software also referred to as "darcula-suite," that offered additional customization tools.[22] In April 2025, @Darcula announced that Magic Cat now featured AI integration. That same month, one security research firm reported that it had flagged more than 90,000 phishing domains created with Magic Cat over the previous year.[23] Another security firm wrote that as of April 2025, "the technology 'Darcula' originated is the source of an estimated 70-80% of phishing or 'smishing'

---

[20] *See* Brian Krebs, *Mobile Phishers Target Brokerage Accounts in 'Ramp and Dump' Cashout Scheme*, KrebsonSecurity (Aug. 15, 2025), https://tinyurl.com/6z23acbu.
[21] *2025 SpyCloud Identity Threat Report: Trends, Benchmarks, and Strategies to Strengthen Identity Threat Protection*, SpyCloud.com (Sept. 23, 2025), https://tinyurl.com/yv9krpx3.
[22] Ex. 1 at 9 (Figure 2).
[23] *See* Harry Everett, *AI-Enabled Darcula-Suite Makes Phishing Kits More Accessible, Easier to Deploy*, Netcraft.com (Apr. 24, 2025), https://tinyurl.com/ms5a9m69.

scam messages."[24] And in May 2025, cybersecurity investigators reported that in a period of just seven months, from October 31, 2023 to June 9, 2024, more than 600 Darcula scam operators created and deployed phishing schemes through Magic Cat that deceived over 13 million individuals across 230 different countries into clicking on the links to their phishing domains, from which the Enterprise stole approximately 884,000 credit cards, with approximately 242,000 of these victims also being duped into providing the scammers with the MFA/2FA code to validate the stolen credit card. From the United States, these scammers defrauded over 530,000 individuals into clicking on these Magic Cat phishing domains, with approximately 38,000 victims having their credit cards stolen, and approximately 10,000 victims also providing the scammers with the MFA/2FA code to validate the stolen credit card.[25]

---

[24] *Darcula and the Magic Cat: How OSINT Unmasked a Phishing Tycoon*, OSINT Industries, (Aug. 12, 2025), https://tinyurl.com/2uknb96n.

[25] Davey Winder, *884,000 Credit Cards Stolen With 13 Million Clicks By A Magic Cat*, Forbes (May 6, 2025), https://tinyurl.com/3rudpxd6; Martin Gunderson, et al., *Inside the Scam Network*, NRK (May 4, 2025), https://tinyurl.com/yjzuw83v; Alexander Nabert et al., *The Chinese Scammers Behind the Fake DHL Messages*, BR24 (May 4, 2025), https://tinyurl.com/ymaj9zcs.



Figure 3. @Darcula Telegram profile, November 11, 2024, accessed via Flashpoint (translated).[26]

---

[26] Ex. 1 at 13 (Figure 3). Figures that include "(translated)" in the description have been translated from Chinese to English and are included in Exhibit 1.

21.     @Darcula operated openly and brazenly until May of 2025, when Norwegian National Broadcasting ("NRK"), working with security firm Mnemonic published an exposé on Magic Cat, identifying the user(s) of the @Darcula Telegram handle as Chinese software developer, "Yucheng C."[27] Quickly, the Telegram channels were shuttered, and the @Darcula profile was abandoned. However, as the months went by, phishing websites created using the Magic Cat software have continued to pop up online and associates of the user(s) of @Darcula appear to be selling versions of the software on Telegram once again. While @Darcula appears to have stopped actively promoting Magic Cat publicly for now, the software continues to victimize internet users around the world. As discussed herein, as of December 16, 2025, NAXO observed 392 unique new phishing website hostnames created with the Magic Cat software that remain active.

### III.    Examples of Phishing Schemes Facilitated by Magic Cat

22.     One common and pervasive phishing scheme, familiar to those who use mobile phones, is the overdue toll payment scam. In this scheme, victims receive a text message indicating that they owe money to their local toll collection company. The text message usually includes a link to a website that mimics that of a real toll collection website. When a user attempts to pay their outstanding toll balance, they are prompted to input payment data, which is funneled to the scammers. The Magic Cat software supports the creation of these types of scams. As will be discussed in more detail herein, the software includes a template for the Florida SunPass toll collection agency.

---

[27] Martin Gunderson, *The Hunt for Darcula*, NRK (May 4, 2025), https://tinyurl.com/yx3wp9t5; Erlend Leiknes & Harrison Sand, *Exposing Darcula: a rare look behind the scenes of a global Phishing-as-a-Service operation*, mnemonic (Apr. 5, 2025), https://tinyurl.com/527zjkcj.

Figure 4. Phishing scam template included with Magic Cat software.[28]

---

[28] Figures without "(translated)" are from English-language sources and are omitted from Exhibit 1.

23.     The most recent version of the Magic Cat software allows users to input the URL for any website and copy all of the content from the website directly into the Magic Cat platform to create a spoofed version of the site. The portion of the website that collects payment information is also copied, but the payment portion of the website is replaced with code that is designed to funnel credit card information directly to the user of Magic Cat.

24.     On January 19, 2025, @Darcula posted a video tutorial on the @darcula_channel Telegram channel that demonstrated how to use this functionality. In the video, the user of the software inputs the URL https://usps.com as the website to be spoofed. Impersonating the United States Postal Service ("USPS") was one of the common Magic Cat-created phishing scams used to target potential victims in the United States.



Figure 5. Screenshot from January 19, 2025, tutorial video showing creation of a USPS phishing website, https://t[.]me/darcula_channel, accessed via Flashpoint (translated).[29]

---

[29] Ex. 1 at 18 (Figure 5).

25.    The Telegram tutorial video shows how the software takes all of the assets (images, text, etc.) from the real USPS website and allows Magic Cat users to edit and customize it to make their own USPS phishing website.



Figure 6. Screenshot from January 19, 2025, tutorial video showing creation of a USPS phishing website, https://t[.]me/darcula_channel, accessed via Flashpoint (translated).[30]

26.    Once a Magic Cat user generates a fake website using Magic Cat, as depicted in the tutorial video, the user sends links to the fake website to targets in the form of text messages. From the victim's perspective, the USPS scam begins with a fake USPS text message purporting to notify a victim of an issue with a package delivery, such as that the target missed a package delivery. The message includes a link (to the website created using Magic Cat) for the victim to reschedule their delivery. If the victim clicks the link, they are directed to the fake USPS website that requires payment of a small redelivery fee. Of course, the original text message was a ruse,

---

[30] Ex. 1 at 22 (Figure 6).

and there was no package to deliver. The scammers simply collect any payment information that the victim types into the website.

## IV.    Review of the Magic Cat Software

27.    Since its initial release in 2023, the developers of Magic Cat have released new versions of the software, each with upgrades and updates adding new features and security fixes designed to evade anti-fraud techniques deployed by law enforcement and corporate investigators. I reviewed two versions of the software and noted that each version appears to build on the previous framework. While some file names and superficial structural components of the software change, unique identifying characteristics remain the same throughout the software generations.

28.    On July 30, 2025, Google provided NAXO with a copy of Magic Cat. Based on my analysis, I determined that the software was "version 3" released in 2025. On May 6, 2025, Google acquired the software from VirusTotal.com, a service that uses URL and domain scanners to identify, categorize, and analyze malware. The file "darcula-suite-1.1.44-x64.nsis.7z" was first observed by VirusTotal.com on May 6, 2025 and was hosted originally at "https://gitlab[.]com/magic-cat-v3/repo/-/raw/main/darcula-suite-1.1.44-x64.nsis.7z" as of May 6, 2025.[31] Specifically, NAXO received the following relevant files:

a.    darcula-suite-1.1.44-x64.nsis.7z: Installation files for darcula-suite software;

b.    darcula-suite.exe: Binary program that serves as the "front end" interface for users of the phishing kit, developed to run on the Microsoft Windows operating system;

c.    install.sh: Script for downloading, installing, and configuring the software and required dependencies;

---

[31] "GitLab" is an online resource used to store and share software code.

d.  02242025_magic_cat_v2_install.sh: Script for downloading, installing, and configuring version 2 of the software and required dependencies;

e.  02242025_magic_cat_v3_install.sh: Script for downloading, installing, and configuring version 3 of the software and required dependencies; and

f.  darcula-phishing-CVV-Logs-main: Directory containing twenty-two phishing website template files that falsely represent legitimate brands.

29.    I compared the hash value for the "darcula-suite-1.1.44-x64.nsis" files obtained by Google with the hash value of the of the files I used for analysis and confirmed that they are identical.[32] I directed and supervised other NAXO team members in conducting a detailed forensic analysis of the software. I was also able to use the software to create my own example of a phishing website based on one of the templates included with the software package.

30.    I obtained the Magic Cat phishing page templates referenced in the directory that came with the software by using the URL "https://github.com/feixiang8956/Darcula-phishing-CVV-Logs," a GitHub account managed by the user "feixiang8956," with the user "darcula9" being the sole contributor to the code repository. The icon displayed next to the "darcula9" username is the image of a cat that is visually identical to the cat image used as the @Darcula Telegram user's avatar.

---

[32] Hash values refer to the process of utilizing mathematical algorithms to assign a unique value to files or data to determine integrity. A change in the data of a file, even in the smallest increment possible, will change the resulting calculated hash value. To compare the two sets of files, I utilized both the MD5 and SHA256 hash algorithms, two widely recognized hashing methods.



Figure 7. A user named "darcula9," displaying the same cat avatar seen in the "@Darcula" user's Telegram account, contributed to "Darcula-phishing-CVV-Logs" GitHub page managed by "feixiang8956." The GitHub page managed by "darcula9" displays the same cat avatar seen in the "@Darcula" user's Telegram account.

31.    On this page, I downloaded a compressed file named "Darcula-phishing-CVV-Logs-main.zip" which contains twenty-two files with the file extension of ".cat-page." A description listed in the "about" section of this page reads "Magic Cat V3 Backend Phishing CVV Source Code Template[.] Over 300 of The Most Deceptive Phishing Templates, Pages & Links for Darcula."[33] The description is followed by a link to the URL "darcula[.]me."[34] Following the list of files available for download, a "readme" file includes the statement "[w]e have any template for any country you need[.] Contact us" and includes a link to the Telegram channel "https://t[.]me/cvvdb."[35]

---

[33] Ex. 1 at 27 (Figure 8).
[34] Ex. 1 at 27 (Figure 8).
[35] Ex. 1 at 31 (Figure 9).



Figure 8. The GitHub page where 22 ".cat-page" phishing page templates are available for download. User "darcula9" is the sole contributor to the code repository (translated).[36]

32.    The Magic Cat software is composed of two complementary components. First, the "darcula-suite" software is installed on the phishing kit user's computer and is used to create, design, and edit phishing web pages (often referred to as the "front end") and to configure certain aspects of the phishing kit. The second component, Magic Cat, is a server-based program that is used to deploy phishing sites and collect stolen information from victims who are tricked into entering credit card information. Typically, users of the software refer to the entire software

---

[36] Ex. 1 at 27 (Figure 8).

package as "Magic Cat" and I will use that term as well, except when specifically discussing the darcula-suite front end software component.

33.     In the "darcula-suite-1.1.44-x64.nsis" installation file, a file labeled "app-update.yml" provides information on how the software receives updates. Inside the file, a URL is listed as "https://gitlab.com/magic-cat-v3/repo/-/raw/main" with "darcula-suite-updater" listed as the updater directory name. Also contained within the installation file is a Microsoft Windows executable (.exe) file which uses a cat image as the application icon, visually identical to the cat image used as the @Darcula Telegram user's avatar. A directory labeled "app" in the software package includes a file named "demo.gif." This animated image file contains a series of 100 images displaying a user of the Magic Cat phishing kit demonstrating the ability to edit a web page and its attributes. In the demo, the software is used to edit the google.com homepage.



Figure 10. The "demo.gif" file included with the Magic Cat software, demonstrating the ability to edit web pages using the phishing kit (translated).[37]

---

[37] Ex. 1 at 35 (Figure 10).

34.     The software also includes a file labeled "install.sh." This is an installation script file that contains commands to download, install, and configure the Magic Cat phishing platform software. The "install.sh" file includes references to the URL "https[:]//deploy.yorahs[.]com." The Magic Cat software code also includes three additional installation script files: "11142024_magic_cat_v2_install.sh," "02242025_magic_cat_v2_install.sh," and "02242025_ magic_cat_v3_install.sh." All three of these files include scripted instructions to install the software using resources stored at the "magic-cat[.]world" domain. I believe that "https[:]//deploy.yorahs[.]com" and "magic-cat[.]world" are two websites previously operated by Darcula where users could, at different points in time, download the phishing software. As of on or about August 6, 2025, both of these websites were inaccessible.

35.     The software code also includes a JavaScript file labeled "validation.js."[38] Inside this file are instructions to verify the correct length and format of credit card numbers, the maximum length of CVV numbers, the method for determining card types based on BIN[39] numbers, and references to "J/Secure," "VPass," and "SafeKey."

36.     The code also includes a directory labeled "ai" which contains a file named "package.json." This file contains information about a software development kit "SDK" for "Vercel.ai." It also includes the description, "AI SDK by Vercel - The AI Toolkit for TypeScript and JavaScript."

37.     When the darcula-suite software is started by double clicking the "darcula-suite.exe" program, a window opens with a blue-red themed background with a menu bar

---

[38] JavaScript is a programming language often used to create web pages.
[39] A Bank Identification Number (BIN) identifies a credit card's issuing financial institution. *See* BIN Lookup, Mastercard (last visited Dec. 14, 2025), https://tinyurl.com/4ru4r2bk.

displaying at the top of the page. This background is consistent with the background seen in several tutorial videos posted online, including those from the @darcula_channel Telegram channel.

38.    After I started the software the first time, a warning message appeared, written in Chinese, that translates to, "[t]he current test version has expired. Please update."[40] In a second window, an error message for the darcula-suite software included information about the current date and the date that the software expired, which was set to January 1, 1970. Clicking the "OK" button on the warning message closed the program.



Figure 11. The darcula-suite software, displaying an error message (translated).[41]

39.    To bypass the darcula-suite software license requirement, I utilized command line configuration settings within the Windows operating system to change the computer's internal

---

[40] Ex. 1, at 39 (Figure 11).
[41] Ex. 1 at 39 (Figure 11).

clock to January 1, 1969, a year prior to the expiration date. After restarting the darcula-suite software, I still received an error message, but after clicking the "OK" button this time, the warning message closed, and the darcula-suite software remained running.

40.    In the top bar of the software, a menu includes four options. The first option is a text entry box that displays, "Search in project."[42] The next three options are buttons labeled "Import project," "Create project," and "Install Back Panel."[43]

41.    Clicking on the "Install Back Panel" button in the darcula-suite software opens a window with settings and options in the left column.[44] The settings column is titled, "Install Back Panel" and includes text boxes for user-entered variables, including "Server IP," "Port," "User Name," and "Password."[45] Based on my experience with this and other phishing kits, I know that the term "back panel" refers to the server that supports the deployment and management of phishing campaigns. Below the text entry boxes, a header reads, "Select the version to install" followed by a drop-down selection that includes four options: "v1 – original version (more stable)"; "v2 – new version (missing some features or has some bugs)"; "v3 – version (under development)"; and "Install WordPress."[46] As previously described, over the past two years, the software was updated and this option allows the user to select which version to install. Next, the darcula-suite software displays a red button that translates to "Uninstall" and a selectable field labeled as "Switch Mirror Source."[47] When clicked, this field displays four options: "Tsinghua mirror source," "Alibaba cloud mirror source," "USTC mirror source," and "NetEase mirror

---

[42] Ex. 1 at 39 (Figure 11).
[43] Ex. 1 at 39 (Figure 11).
[44] Ex. 1 at 43 (Figure 12).
[45] Ex. 1 at 43 (Figure 12).
[46] Ex. 1 at 47 (Figure 13).
[47] Ex. 1 at 43 (Figure 12).

source."[48] A "mirror" is used as an alternate repository for code and other deployable resources. In sum, I understand that the "Install Back Panel" button in the darcula-suite gives the user the ability to deploy the Magic Cat backend server that functions to deploy phishing pages, update or upgrade software from different server locations, including mirrors, and uninstall software.



Figure 12. Clicking the "Install Back Panel" button opens a configuration window that allows the user to deploy the Magic Cat "back panel" server (translated).[49]

42.    Clicking on the "Import project" button, shown in Figure 11,[50] opens a Windows file explorer window, prompting the user to navigate to the previously referenced directory that contains downloaded files with the ".cat-page" file extension.[51] The ".cat-page" template files

---

[48] Ex. 1 at 51 (Figure 14).
[49] Ex. 1 at 43 (Figure 12).
[50] Ex. 1 at 39 (Figure 11).
[51] Ex. 1 at 55 (Figure 15).

appear to be pre-created templates spoofing twenty-two legitimate websites. I selected the "ETCsunpass.cat-page" template file, spoofing the Florida toll collection company, and clicked the "Open" button.[52] The software now displayed a box in the main window labeled "ETCsunpass" alongside an icon of a sun and a road.



Figure 15. Importing pre-made phishing campaign template files with the file extension of ".cat-page" is done using the "Import project" button in the software (translated).[53]

43.    Next, I clicked the "Create project" button in the top menu bar[54] which opened a window with three text entry boxes labeled as "Project ID," "Official Website Address," and "Project Details" respectively.[55] To test how this worked, I entered sample text into each of the fields and clicked the "Confirm" button at the bottom of the window.[56] The software added the project as a box on the main page labeled as "Test" alongside the two phishing templates that I had added using the "Import project" process described above.[57] I believe that this is how someone would create a unique phishing website, spoofing a website for which there was not already a

---

[52] Ex. 1 at 55 (Figure 15).
[53] Ex. 1 at 55 (Figure 15).
[54] Ex. 1 at 39 (Figure 11).
[55] Ex. 1 at 59 (Figure 16).
[56] Ex. 1 at 59 (Figure 16).
[57] Ex. 1 at 63 (Figure 17).

template. This is also consistent with how the spoofed USPS website was created in the tutorial video discussed herein. I also repeated the process of importing each of the ".cat-page" templates from the "Darcula-phishing-CVV-logs-main," adding each of them to the main page of the software.[58]



Figure 17. The main window of the darcula-suite software after importing phishing templates and creating a "Test" project (translated).[59]

---

[58] Ex. 1 at 63 (Figure 17).
[59] Ex. 1 at 63 (Figure 17).

26

44.     Each of the projects on the main page displays three pictorial buttons on the bottom representing "open," "edit," and "trash," respectively. I clicked on the "open" button for the "ETCsunpass" project. The darcula-suite software opened a new window, displaying six web page templates for the "ETCsunpass" phishing campaign, as well as editing options for text, images, and other page attributes.[60] The first page in the "ETCsunpass" phishing template is titled "home" and displays a "SunPass" logo, "Florida Turnpike" logo, a "Greater Miami Expressway" logo, and a "Tampa Hillsborough Expressway" logo.[61] I visited the legitimate websites for the above entities and confirmed that the logos match the information found on the fake phishing template pages. The "home" phishing template page displays text that includes "Pay violation invoices or fines," "Your vehicle has unpaid toll invoices," an amount to be paid in U.S. Dollars, and a button labeled "Pay Toll Invoice."[62]

---

[60] Ex. 1 at 67 (Figure 18).
[61] Ex. 1 at 67 (Figure 18).
[62] Ex. 1 at 67 (Figure 18). Based on my knowledge of how these scams function, I believe that a victim would likely have navigated to this page on their mobile device after receiving a text message telling them that they had an unpaid invoice.



Figure 18. The "home" page of the Darcula "ETCsunpass" phishing campaign template (translated).[63]

45.    The second page of the "ETCsunpass" phishing template displays text that includes "SunPass online electronic toll" as well as text boxes to enter payment information.[64] The page also displays logos for several major credit card companies. In the right-hand column, the user can adjust various aspects of the page. For example, the user of the software can specify that sixteen digits of a card number are required to be entered before the "Confirm payment" button becomes live.[65]

---

[63] Ex. 1 at 67 (Figure 18).
[64] Ex. 1 at 71 (Figure 19).
[65] Ex. 1 at 71 (Figure 19).



Figure 19. The "card" page of the Darcula "ETCsunpass" phishing campaign template (translated).[66]

46.     The third page of the "ETCsunpass" phishing template is labeled "address" and displays text that includes "Delivery address," "After you pay the fine, the paper invoice will be mailed to your delivery address within 5 business days," and text boxes where the potential phishing victim would enter their name, address, phone number, and email address.[67] The right-

---

[66] Ex. 1 at 71 (Figure 19).
[67] Ex. 1 at 75 (Figure 20).

hand column provides the darcula-suite user the option to change the font, size, and content of the text, as well as other attributes of the page.[68]



Figure 20. Example of functionality allowing edits to the "ETCsunpass" template text (translated).[69]

---

[68] Ex. 1 at 75 (Figure 20).
[69] Ex. 1 at 75 (Figure 20).

47.    The fourth page included in the "ETCsunpass" phishing template is labeled "verify-code" and displays text in which a victim would be asked to input a security code.[70]



Figure 21. "Secure payment" page of the "ETCSunpass" phishing campaign template (translated).[71]

---

[70] Ex. 1 at 79 (Figure 21). Some financial institutions implement MFA technologies to combat fraud, including sending numerical codes via SMS or through a dedicated mobile application. Based on my knowledge of this and similar software, I believe that one way that scammers use this software to bypass those protections is by attempting to load stolen credit card information onto a mobile device wallet application like Google Wallet. Attempting to add the credit card as a payment method on a mobile device triggers the card's financial institution to send an actual MFA code to the victim. The victim, believing that the code is being received in response to the purchase authorization, (and not realizing that it is in fact authorizing the fraudster to add a payment method to a mobile device) enters the code into the MFA phishing page. The scammer receives the code through the Magic Cat software and inputs it on their mobile device, using it to authorize adding the payment method to their mobile device's wallet. Once the victim's payment method is added to the mobile device, it can be used for fraudulent transactions without the need for additional MFA codes.

[71] Ex. 1 at 79 (Figure 21).

48.    The fifth page included in the "ETCsunpass" phishing template is labeled as "verify-app" and displays text including "authorized bank" and "[p]lease go to the bank App to complete the authorization."[72]



Figure 22. The "authorized bank" page of the "ETCsunpass" phishing campaign template (translated).[73]

---

[72] Ex. 1 at 83 (Figure 22). I know that certain financial institutions might require a user to log in to their account to authorize certain transactions. I believe that this page of the phishing software might be presented to a victim as they are being directed to go through their financial institution to unwittingly give the scammer access to their account.

[73] Ex. 1 at 83 (Figure 22).

49.    The sixth page included in the "ETCsunpass" phishing template is labeled "done" and displays text stating, "[y]ou have completed the payment," and "[s]taff will process this bill within 3-5 working days."[74]



Figure 23. Final page of the ETCSunpass phishing template (translated).[75]

---

[74] Ex. 1 at 87 (Figure 23).
[75] Ex. 1 at 87 (Figure 23).

50.    The darcula-suite phishing kit allows almost all aspects of the template to be customized and edited. Clicking on any part of the html of the phishing template reveals website customization options such as buttons, dropdown boxes, and text entry fields. On the right-hand side of the window, options are available to expand, narrow, deselect, or navigate through the phishing page attribute fields. Users can delete elements of the page or change styles in any of the selected fields. A drop-down box changes the size of displayed text. Selecting the body of the text on the page also reveals a drop-down box that offers the user two options for editing the text. One option allows the user to add text boxes and input their own written content. The other uses an artificial intelligence service to help users create custom text and web page elements within the phishing template.

51.    At the top of the left-hand column is a button displaying a computer screen reading "preview."[76] While editing the "card" page in the "ETCsunpass" phishing template, shown in Figure 19, clicking this button opens a pop-up window that displays a QR code that allowed me to launch a web browser and preview the page as it would be viewed by a potential phishing victim. In addition, two buttons at the top of the right-hand column allow the user of the software to view and edit the phishing template pages in either a mobile browser view or a desktop browser view. The Google Play logo is included on the website template at the bottom of the page.

---

[76] *See* Ex. 1 at 67, 71, 75, 79, 83, 87 (Figures 18-23).



Figure 24. Screenshot of phishing a web page created with the darcula-suite software and hosted locally.

52.    I reviewed a tutorial video released in April 2025 which displayed Magic Cat's AI functionality. In the video, the person behind the computer screen used Google's homepage as the basis for the tutorial. Specifically, the user copied the data from Google's homepage into the Magic Cat software and then used AI to input a form purporting to collect address information. The form, added directly to what appears to be the Google search homepage reads, "Please fill in your

shipping address so that we can deliver your goods in time." The user created the fillable form in Chinese and then used the "AI editor" box from Magic Cat to translate the form into English.



Figure 25. Screenshot from April 23, 2025, tutorial video showing AI editor in Magic Cat, https://www[.]youtube.com/watch?v=6sCsEzXui2I (translated).[77]

53.     The tutorial video displays not only the functionality of the AI feature, but by using one of the most universally recognizable websites, the Google homepage, as an example, the creators of the tutorial show how this type of functionality can be added to essentially any website.

54.     While the version of the software provided by Google was recently acquired, I noted that it was missing some of the features I would have expected to see in a fully operative phishing kit. I believe this is because at the time Google obtained the software, various components

---

[77] Ex. 1 at 92 (Figure 25).

of the previously existing infrastructure had been taken down (around the time that @Darcula was exposed) and the files obtained by VirusTotal and GitHub were incomplete installations and/or had not received updates.

55.    On September 26, 2025, I analyzed what I believe to be an older version of the Magic Cat software provided to me by the security firm Mnemonic. I believe this version is the predecessor to the "version 3" which creates phishing pages by pulling information from legitimate websites. Because this version was acquired earlier (my analysis shows that it has modified dates from 2024), it has a more complete installation and contained various files that the more recently acquired version did not have. For example, it contains substantially more phishing page templates than the newer version. This older version of Magic Cat includes the following files and directories:

> i.   darcula-helper: A Unix executable file for installing Magic Cat;
>
> ii.  docker-compose.yml: A configuration and organization file for multiple docker containers involved in the Magic Cat software installation;
>
> iii. HOWTO.txt: A text file containing instructions on installing and configuring Magic Cat;
>
> iv.  nginx.conf: A configuration file for webservers; and
>
> v.   pages: A directory containing approximately 279 phishing page templates.

56.    I reviewed the files to understand their functionality, but also to confirm that they were, in fact, an earlier version of Magic Cat that I already analyzed. The "docker-compose.yml" file is a plain text, human-readable configuration file containing instructions for using the Magic Cat software. Reviewing the contents of this file, I identified several references to the "magic-cat[.]world" domain, similar to those found in version 3. These include: "image: registry.magic-

cat[.]world/mark15/nginx," "image: registry.magic-cat[.]world/mark15/web-msg-sender-server," and "MYSQL_DATABASE=darcula-MYSQL_ROOT_PASSWORD=root." A search for "magic-cat[.]world" using URLScan.io, a reliable free tool that scans and analyzes public websites, allowed me to review a scan from November 29, 2024, which included a resource path for a document named "compose.yml." The contents of this file included instructions that closely aligned with the instructions found in the "docker-compose.yml" file from the Magic Cat software, such as "image: registry.magic-cat[.]world/magic-cat/nginx," "image: registry.magic-cat[.]world/magic-cat/web-msg-sender-server," and "MYSQL_DATABASE=darcula-MYSQL_ROOT_PASSWORD=root." This is just one example of the testing I did to confirm the authenticity of the software provided by Mnemonic as well as its relationship to version 3 of the software provided by Google.

57.    The "HOWTO.txt" file includes plain-text instructions for the user on the process for installing Magic Cat. The file includes references to configuring the software to access previously operational Magic Cat domains and IP addresses such as "172.27.4.3 pages.magic-cat[.]world" and "172.27.4.3 auth.magic-cat[.]world."

58.    The "pages" directory included with the Magic Cat software includes approximately 279 files with the ".zip" extension, many of which have names that resemble potential victim companies.[78] I understood these to be templates of phishing websites. I selected

---

[78] A ".zip" file is a compressed container that can contain multiple files.

the "youtube.zip" file and extracted the contents. The resulting directory included the following files and directories:

    i.   Readme.txt: Text file containing one line of text, which translates to "Youtube Membership Experience https://www.youtube.com."[79]

    ii.   favicon.ico: Image file containing the YouTube logo.

    iii.   assets: Directory containing JavaScript (.js) files, scalable vector graphic image (.svg) files, cascading style sheet (.css), and font files that are used to build phishing webpages.

    iv.   home: Directory containing JavaScript (.js) files, image (.svg) files, cascading style sheet (.css) files, and fonts that are used to build phishing webpages.

59.    The "assets" directory contains forty-three JavaScript files, thirteen image files, ten cascading style sheet files, and two font files. A review of the image files revealed logos of major credit card providers. The JavaScript files are named with mostly random letters and numbers, many of which end with "BARB" preceding the ".js" file extension, such as "c2ac30b18BARB.js" and "8adb97d38BARB.js." A review of the JavaScript files revealed that they were encoded using obfuscation techniques in an effort to hinder analysis and hide potentially malicious functions.

60.    I directed and supervised other members of NAXO to install this version of Magic Cat using the files and instructions described above. Navigating to the login website displayed a login page with three polar bears in a winter setting, along with a box that says, "Welcome back!"[80]

---

[79] Ex. 1 at 96 (Figure 26).
[80] *Infra* Figure 27.

The box includes text-entry fields for "Who are you?" and "Password."[81] I entered my username and password, which had been generated during the Magic Cat installation process.



Figure 27. Screenshot from the Magic Cat software login page.

61.    To install the YouTube phishing page in the Magic Cat software, I navigated through a menu to a configuration page with three menu options at the top, labeled as "Downloaded," "Source code list," and "TG notification settings."[82] In this context, I believe that "Downloaded" refers to template files installed onto my copy of Magic Cat. Because I had not yet installed any template files, the bottom half of the window was empty. I clicked on the "Source

---

[81] *Infra* Figure 27.
[82] Ex. 1 at 101 (Figure 28).

code list" option which brought up a list of template files that were available and observed that they matched the 279 .zip files described above.[83]



Figure 29. List of templates from within software with the YouTube template outlined in red (translated).[84]

62.    I installed a selection of templates, including the YouTube phishing page template. I then clicked the button marked as "sure" and clicked back to the "downloaded" page to verify

---

[83] Ex. 1 at 105 (Figure 29).
[84] Ex. 1 at 105 (Figure 29).

that the templates I had selected were now installed. I confirmed that each of them was represented

by a "card" on the downloaded page, as shown in Figure 30 below.



Figure 30. Page showing installed templates (translated).[85]

      63.      The icon for the YouTube phishing page template displays the YouTube icon, the

YouTube URL, and the phrase "YouTube Membership Experience."[86] In addition, the YouTube

template card includes the phrase "Frontend entry point" followed by six letters and numbers.[87] I

believe the six characters displayed after "Frontend entry point" refer to the folder that contains

the first page of a phishing website. The template card includes the phrase "Bound domain name,"

---

[85] Ex. 1 at 109 (Figure 30).
[86] Ex. 1 at 109 (Figure 30).
[87] Ex. 1 at 109 (Figure 30).

which I understand to mean the phishing domain that the Magic Cat user would set up to host the phishing website. The template card includes two buttons on the bottom labeled "Configuration" and "Update" respectively.[88]



Figure 31. YouTube template icon (translated).[89]

64.    I clicked on the "Configuration" button and was presented with a page with the title "Configure YouTube."[90] Below the title is the phrase, "Only the domain name is required here: others will use default values if left blank: there is no limit to the number of domain names that can be bound…." Because my goal was to observe the standard configuration of the templates included with the Magic Cat software, I left all the default values, only adding a domain that could be accessed on my local server which I could use to observe the YouTube phishing page as it might

---

[88] Ex. 1 at 113 (Figure 31).
[89] Ex. 1 at 113 (Figure 31).
[90] Ex. 1 at 117 (Figure 32).

be seen by a potential victim. I note that the software apparently allowed unlimited domain names to be used for a phishing template, meaning that someone could create an unlimited number of fake YouTube websites.



Figure 32. "Configure YouTube" page (translated).[91]

---

[91] Ex. 1 at 117 (Figure 32).

65.    Using the Google Chrome browser with the developer tools option, I typed in the test domain followed by the six-character string as displayed on the template card and on the template configuration page. A web page appeared displaying the YouTube logo followed by "YouTube Premium" with a title of "Get YouTube Premium." In the middle of the page is a button labeled, "Try it for free."



Figure 33. YouTube phishing page homepage viewed with "developer tools" open.

66.    I clicked on the "Try it for free" button which displayed a new webpage with the title "Get YouTube Premium" and text-entry boxes for "Cardholder [name]," "Card Number," and "Expire Date." I understand that on this page, a phishing victim would provide a scammer with their financial information believing they were signing up for a YouTube Premium subscription. On both pages, I observed the files used to display the webpage content, including those I had

previously analyzed from the template files such as "c2ac30b18BARB.js" and "8adb97d38BARB.js."



Figure 34. Phishing page from YouTube template with developer tools open, showing files consistent with the Magic Cat software.

67.    NAXO personnel also conducted a review of all of the 279 phishing templates included with the software and noted that 139 spoofed shipping/postal company websites, 27 spoofed financial institutions, 19 spoofed government websites and 15 spoofed toll collection websites, among others. 125 of the templates included Google logos.

## V.    Identifying Magic Cat-Created Phishing Domains

68.    On August 15, 2025, Google provided me with a fingerprint that they used to identify phishing pages created with the Magic Cat software. Google security personnel who research and monitor phishing websites had determined that the JavaScript file, "DgZYu39z.js," is a unique file located only in phishing websites created using Magic Cat. My first step in testing

this potential Magic Cat fingerprint was an open-source search for information on its use and appearance in other applications. The search only returned results related to suspected phishing site domain names in which the "DgZYu39z.js" file was found. Next, I used URLScan.io to locate websites that had been identified as using the "DgZYu39z.js" JavaScript file. URLScan is a repository of publicly submitted websites that have been scanned and preserved. When a website is submitted to URLScan, URLScan automatically browses to it and records activity including "the domains and IPs contacted, the resources (JavaScript, CSS, etc.) requested from those domains, … cookies created by the page" and more. It will also take a screenshot of the page.[92] My initial search query identified thousands of websites that had been scanned in which the "DgZYu39z.js" file was used, all of which had the characteristics of potential phishing sites. These characteristics include domain and hostnames mimicking victim companies, sites that were flagged by URLScan for phishing or malicious activity, and visual similarities to phishing websites I reviewed in the course of this investigation.

69.    Next, I analyzed several of the webpages that were using the "DgZYu39z.js" file and confirmed that the sites were likely phishing pages. For example, I observed one of these phishing sites, "http[:]//delhiveryas[.]com/in/home.html," which was spoofing a website for a logistics provider "Delhivery.com," using the "DgZYu39z.js" JavaScript file.

---

[92] *See* About, Urlscan.io (last visited Dec. 14, 2025), https://tinyurl.com/44zh8ypp.



Figure 35. Screenshot from September 30, 2025, showing an active phishing page that uses the "DgZYu39z.js" JavaScript file.

70.     I visited the legitimate "Delhivery.com" website and observed a warning banner issued to their customers of an ongoing phishing campaign targeting their company.



Figure 36. Screenshot from September 30, 2025, showing the legitimate website referenced in Figure 35, displaying a warning message about a targeted phishing scam regarding failed deliveries.

71.     I downloaded the "DgZYu39z.js" file from several phishing sites, comparing each one by their hash value to the one I obtained from URLScan, confirming that they were all identical. I also reviewed the "DgZYu39z.js" JavaScript file with a code editor. Like the source code files found in the versions of Magic Cat software in my possession, the "DgZYu39z.js" file uses code obfuscation techniques to intentionally hide capabilities and to make the analysis of potentially malicious software more difficult.[93] These techniques can involve the combination of multiple obfuscated files when the phishing pages are deployed and viewed by potential victims.

72.     The Magic Cat source code files in my possession did not contain a JavaScript file named "DgZYu39z.js," which is likely due to the obfuscation techniques utilized by the Magic Cat author(s) over the course of multiple software versions and updates. By reviewing the de-obfuscated Magic Cat source code files in my possession, I am able to identify unique strings of code that also appear in the "DgZYu39z.js" file. For the reasons discussed below, there are enough unique similarities that I believe the presence of this file on a phishing website confirms that it was created with the Magic Cat platform.

73.     Using a program that can partially de-obfuscate code,[94] I analyzed the "DgZYu39z.js" file. Figure 29 below displays a portion of the de-obfuscated code contents of the

---

[93] "Adversaries may attempt to make an executable or file difficult to discover or analyze by encrypting, encoding, or otherwise obfuscating its contents." *See,* "Obfuscated Files or Information," MITRE ATT&CK (last visited Dec. 14, 2025) https://tinyurl.com/36e867bs. Obfuscating a computer program's source code may make certain types of software analysis more difficult, but, from the perspective of the user, that software will still function as if it had not been obfuscated. There are also tools available to reverse (or "de-obfuscate") attempts to obfuscate source code, though the output of such tools may still omit certain aspects of the original source code, such as variable names and human-readable comments from the developer of the software describing how the software is intended to operate. Both versions of the Magic Cat software that I reviewed included obfuscated source code. I used publicly available tools to de-obfuscate portions of the Magic Cat software sufficient for me to conduct the analysis described in this report.

[94] *Obfuscator.io Deobfuscator* (last visited Dec. 14, 2025), https://tinyurl.com/2axz2jum.

"DgZYu39z.js" file as viewed on an active phishing page. I note that the code includes the words "script.darcula-js," a helpful indicator that this code originated with @Darcula's Magic Cat software.

```
  });
  const _0x1e8b36 = (_0x4c3b73 = document.querySelector("script.darcula-js")) == null ? undefined : _0x4c3b73.src;
  if (_0x1e8b36 && (_0x1e8b36.startsWith("http") || _0x1e8b36.startsWith("//"))) {
    const _0x9b39a8 = (_0x5c4ea9 = _0x1e8b36.match(/\/\/[^/]+/)) == null ? undefined : _0x5c4ea9[0x0];
    _0x42bb62.defaults.baseURL = location.protocol + _0x9b39a8;
  }
```

Figure 37. Partially de-obfuscated code from the "DgZYu39z.js" file obtained from an active phishing website.

74.     Using "darcula-js" as a keyword, I searched the partially de-obfuscated Magic Cat source code files in my possession for similar references. In a file named "c2ac30b18BARB.js" located in the YouTube template files for Magic Cat, I located a section of code that includes "darcula-js" which is also preceded by "document.querySelector" and includes other similarities to the "DgZYu39z.js" file.

```
})();
const ye = document.querySelector("script#darcula-js");
const lt = (() => {
  const d = ye == null ? undefined : ye.getAttribute('src');
  return d ? d.startsWith('http://localhost') ? "localhost:3000" : d.split('/')[0x2] : '';
})();
const us = new Jn(lt.startsWith("localhost") || location.hostname === "localhost" ? ":8888" : lt, {
```

Figure 38. Partially de-obfuscated code from the "c2ac30b18BARB.js" file located in the Magic Cat software source code.

75.     Continuing to review the "DgZYu39z.js" file, I located a section of the partially de-obfuscated code that includes, "BotDetector.detect can't be called before BotDetector.collect." Using "botdetector" as a keyword, I searched the partially de-obfuscated Magic Cat source code files in my possession for similar references. In a file named "8adb97d38BARB.js," I located a section of the partially de-obfuscated code that includes the same reference "BotDetector.detect can't be called before BotDetector.collect." A search of GitHub.com for these references revealed similar code in a repository for BotD, which is described as an "open-source library that we created

50

to make it easy for every developer to detect basic bots in their web apps." Although use of this code is not unique to Magic Cat, it does show another consistency. Additionally, I note that a phishing page would be interested in detecting and blocking bots as a way to keep law enforcement and security researchers off their sites.

```
_0x24e8ed.prototype.detect = function () {
  if (this.components === undefined) {
    throw new Error("BotDetector.detect can't be called before BotDetector.collect");
  }
```

```
};
L.prototype.detect = function () {
  if (this.components === undefined) {
    throw new Error("BotDetector.detect can't be called before BotDetector.collect");
  }
```

Figures 39A and 39B. Partially de-obfuscated code from the "DgZYu39z.js" file (above) and the "8adb97d38BARB.js" file located in the Magic Cat software source code (below).

76.     Additionally, when I reviewed the phishing websites using the "DgZYu39z.js" file, I found other unique pieces of code that were consistent with the Magic Cat source code in my possession. For example, the "delhiveryas[.]com" website contained the file "elementor.js" within the "render" directory. Using the "darcula-suite.exe" file to edit the YouTube template and preview it with a browser, the Magic Cat software created a "preview" directory which stored a directory named "render" with a file named "elementor.js." Comparing the "elementor.js" file downloaded from the phishing site with the "elementor.js" file generated when editing the YouTube template using the Magic Cat software in my possession, I found the two files to have identical hash values. Using a code editor, I reviewed the "elementor.js" file from the phishing page and identified several references to "darcula," including a section of code that references "script.darcula-js."

77.     In sum, I believe that the presence of the "DgZYu39z.js" JavaScript file in a website reliably indicates that the website is a Magic Cat-created phishing website for the following reasons. First, the "DgZYu39z.js" file contains a unique piece of code that includes "darcula-js,"

which is also found in a consistent piece of code in Magic Cat. Second, the "DgZYu39z.js" file contains code including "botdetector.detect" contained in other parts of the Magic Cat software and used to detect bots. Third, phishing websites found using the "DgZYu39z.js" file contain other pieces of code that are unique to Magic Cat. Finally, the "DgZYu39z.js" file or file name has not been found in connection with any legitimate website, confirming its use in identifying Magic Cat phishing pages.

78.     Using this search, I found approximately 392 domains that are active as of December 15, 2025. I manually reviewed a randomly selected sample and every one of them had clear indicators of a phishing website. Appendix A is the complete list of domains that contain the "DgZYu39z.js" fingerprint and the registrar for each domain. Based on my review, I am confident that each domain listed on Appendix A was created using Magic Cat.

79.     I note that my searches will only return a subset of Magic Cat-created websites for a number of reasons. I searched for websites with the fingerprints I identified using "URLScan.io," a repository of publicly-submitted websites. Websites that were not affirmatively submitted by Internet users to urlscan.io, would therefore not be identified in my search. Additionally, many of the websites I did identify displayed the Magic Cat fingerprint on subdomains, a prefix added to a main domain name. For example, in "example.google.com," example is the subdomain, and Google is the apex domain. I included in my search results in Appendix A only those websites in which the Magic Cat fingerprint was found on the apex domain, or those in which the apex domain automatically redirected to the subdomain or had only one subdomain containing the fingerprint. Although I think it is quite likely that each apex domain I identified is utilized only to host phishing websites, I limited my search results in this way out of an abundance of caution. I also excluded websites that had already been suspended by their registrar. Even though some of the websites I

identified do not currently display content, as long as the domains remain active, they could easily come back online.

80.    On or about December 8, 2025, I used URLScan to search the subset of phishing domains I identified with the fingerprint for links to Google websites.[95] According to my search results, at least 1,204 Magic-Cat created phishing domains included at least one link to google.com or youtube.com. Specifically, 1,080 included links to youtube.com, 363 to play.google.com, and 397 to google.com. Typically, the "links" are depicted on a website as Google logos. For example, websites spoofing DHL, a package delivery company, and the HCTRA—the Harris County, Texas Toll Authority—have links to YouTube and Google Translate respectively.

 

Figures 40A and 40B. Screenshot taken by URLScan for http://www.cyydhl[.]com/cyy (impersonating DHL) on September 1, 2025, that includes the YouTube icon, and screenshot taken by URLScan for https://us-hctra-etc[.]top/in/home.html (impersonating a toll collection company based in Harris County, Texas) on April 15, 2025, that includes the YouTube icon and Google translate logo.

81.    In total, phishing websites targeted over thirty countries, including approximately 931 websites spoofing United States-based companies. The vast majority of phishing websites

---

[95] The subset I used is much larger than that included in Appendix A as it includes domains older than one year, as well as those that have already been shut down.

found in this search spoofed financial services organizations. For example, 905 unique domains were spoofs of U.S.-based financial services company Fidelity, by far the most frequently spoofed brand. Other websites spoofed government agencies, toll collection websites, and shipping companies.

## VI.    Darcula and the Distribution of Magic Cat

82.    Telegram username @Darcula, whose profile picture included a photograph of a cat that has become infamously associated with the software, has claimed to have developed Magic Cat. @Darcula's Telegram profile, as it appeared on November 11, 2024, stated, "!!!It has been counterfeited, to prevent being scammed, activate first before paying!!! I have been busy recently, and the reply is a little slow. Try to get straight to the point when asking questions…"



Figures 41A and 41B. Screenshots of the Telegram profile for @Darcula as of November 11, 2024, https://t[.]me/darcula, accessed via Flashpoint (translated).[96]

---

[96] Ex. 1 at 131, 135 (Figures 41A and 41B).

83.    The individual or individuals behind the Telegram profile @Darcula have become known for their signature use of cat images as profile pictures, including the examples below.





Figures 42A, 42B, and 42C. Screenshots of profile images associated with Telegram user @Darcula (translated).[97]

---

[97] Ex. 1 at 140, 144 (Figures 42B and 42C). These images are derived from public reporting. Figure 42A is not translated and as such is not included in Exhibit 1.

84.    Darcula also operated the currently inaccessible website "darcula[.]me," which was created March 7, 2025, and hosted various phishing templates. The "About Me" page on the website included the familiar cat photo used by Darcula and tagged a now-deleted Telegram channel @cvvdb.



Figure 43. Screenshot from April 18, 2025, showing the about me page on darcula[.]me accessed using the Wayback Machine, https://web.archive.org/web/20250418102410/https://darcula.me/index.php/sample-page/ (translated).[98]

---

[98] Ex. 1 at 148 (Figure 43).

85.    The website also included twenty-two phishing templates, targeting various postal services across the world. These templates included a link to a GitHub account under the username "darcula9" where the code for the phishing templates could be downloaded.



Figure 44. Screenshot from March 22, 2025, showing the phishing templates on the "darcula[.]me" website, accessed using DomainTools (translated).[99]

---

[99] Ex. 1 at 152 (Figure 44).

57

86.    @Darcula operated a Telegram channel using a similar name, @darcula_channel, that posted actively from January 16, 2023 to February 10, 2025. This channel was used to post updates about the Magic Cat software. For example, on May 10, 2024, @Darcula posted a video tutorial walking through Magic Cat features along with the post, "[t]here's a little bit to look forward to, many parts have recently been standardized and rectified, laying the groundwork for the direction of future development."[100] The video showcased two different views of the part of the software that collects victim credit card data. During the video, @Darcula highlighted certain features including hovering over a credit card entry, which causes the victim's personal data to pop up.



Figure 46. Screenshot from May 10, 2024, tutorial video from https://t[.]me/darcula_channel (translated).[101]

---

[100] Ex. 1 at 156 (Figure 45).
[101] Ex. 1 at 160 (Figure 46).

87.    On January 19, 2025, @Darcula announced the release of "V3" or version three of the Magic Cat software, along with a tutorial video. The post read in part, "now you can also customize the frontend yourself. Using darcula-suite, you can complete the creation of a frontend in 10 minutes."[102] The video showcased software that appears functionally the same as the version that I analyzed.



Figure 48. Screenshot from January 19, 2025, tutorial video showing creation of a USPS phishing website, https://t[.]me/darcula_channel (translated).[103]

88.    In addition to updates to the software, the user(s) of @Darcula also used @darcula_channel to promote additional phishing resources. For example, on July 2, 2023, the user(s) of @Darcula posted, "Selling worldwide online data. Contact @pk520520 if needed."[104]

---

[102] Ex. 1 at 164 (Figure 47).
[103] Ex. 1 at 168 (Figure 48).
[104] Ex. 1 at 172 (Figure 49).

The post included a photograph of apparent information about telephone numbers, groups of which I know can be used to send bulk SMS messages.[105]



Figure 49. Screenshot included in post by @Darcula in darcula_channel, July 2, 2023, showcasing data from the data broker @pk520520.[106]

89.     I believe that the user(s) of @pk520520 is likely a data broker who works with the user(s) of @Darcula to provide contact information of potential victims to the scammers deploying the Magic Cat software to carry out phishing schemes. I reviewed the Telegram profile of @pk520520, which included a link to a Telegram channel, "cvvboy2023." This channel has 5,602 members and is devoted to the discussion of phishing, the sales of stolen credit cards, and techniques for laundering money.

90.     Additionally, in the @darcula_channel, on July 23, 2023, the user(s) of @Darcula posted, "Buying Hong Kong Apple Gift Card at high prices. Escrow can be provided. Close contacts get instant payment; others receive payment within 12 hours. @xiaoyi990618."[107] Telegram user(s) @xiaoyi990618's bio reads, "IM Apple, RCS Android global messaging. Global data of all kinds! Various POS machine payments, phishing source code, e-commerce source code, high-priced Hong Kong region Apple gift card."[108] I believe that @xiaoyi990618's bio indicates that @xiaoyi990618 offers various products to facilitate phishing campaigns. I understand

---

[105] Ex. 1 at 172 (Figure 49).
[106] Ex. 1 at 172 (Figure 49). The screenshot of the data was originally in English.
[107] Ex. 1 at 176 (Figure 50).
[108] Ex. 1 at 180 (Figure 51).

"[g]lobal data" to mean contact information for victims worldwide; "IM Apple, RCS Android, global messaging" to mean the ability to send bulk text messages to different devices worldwide; "POS machines" to mean point-of-sale machines that allow scammers to use stolen credit card data to send money to themselves; and "phishing source code" to mean the code for phish kits like Magic Cat.



Figure 51. @xiaoyi990618's Telegram profile, with a link to a private Telegram channel, accessed September 11, 2025, https://t[.]me/xiaoyi990618 (translated).[109]

---

[109] Ex. 1 at 180 (Figure 51).

91.    Although, as discussed previously, the @darcula_channel channel and the @Darcula profile have been inactive since the public reporting on @Darcula in May 2025, other Telegram channels continue to offer the Magic Cat software. One example of this is the private channel linked on @xiaoyi990618's profile. The channel was created on August 2, 2025, and continues to operate today, with 195 members. I infiltrated the channel, reviewed the posts, and eventually initiated a conversation with the user(s) of @xiaoyi990618.



Figure 1. Telegram profile of @xiaoyi990618's private channel, where @xiaoyi990618 is listed as the group owner, accessed September 11, 2025, https://t[.]me/+XTdYzOpeibRjZjY1 (translated).[110]

---

[110] Ex. 1 at 5 (Figure 1).

92.    In the channel, on September 3, 2025, the user(s) of @xiaoyi990618 claimed to have access to Magic Cat's source code and offered to sell it with a permanent license to users for 288 USDT.[111]



Figure 52. Message from @xiaoyi990618's private channel claiming to have cracked the Magic Cat source code on September 3, 2025, https://t[.]me/c/2874167881/19 (translated).[112]

93.    In another message on September 7, 2025, the same user(s) complained that they had over 10,000 visits to their phishing website but had only caught "500 fish."[113] The post included a screenshot of Magic Cat, which showed that the 10,000 visits occurred over one day. In this context, "fish" is slang for victims of credit card fraud.



Figure 53. Message from @xiaoyi990618's private channel on September 7, 2025, https://t[.]me/c/2874167881/25 (translated).[114]

---

[111] USDT is a crypto asset that is available on multiple blockchains. It is issued by Tether and is a "stablecoin" meaning that it aims to be priced at or near one U.S. dollar. *See Transparency*, Tether.com (last visited Dec. 14, 2025), https://tinyurl.com/2vabzysu.
[112] Ex. 1 at 184 (Figure 52).
[113] Ex. 1 at 188 (Figure 53).
[114] Ex. 1 at 188 (Figure 53).

94. On September 11, 2025, I initiated a direct conversation on Telegram with the user(s) of @xiaoyi990618 regarding Magic Cat under the guise of having technical difficulties with my darcula-suite software.[115] The user(s) responded promptly, and the following conversation ensued:

| ▇▇▇▇▇▇: | [Sent an image of an error message from the darcula-suite software stating "Check for update failed: Error: net::ERR_CONNECTION_REFUSED] |
|---|---|
| ▇▇▇▇▇▇: | Can you help? |
| **@xiaoyi990618:** | ? |
| **@xiaoyi990618:** | Do you want to use this? |
| ▇▇▇▇▇▇: | Yes, I'm getting an error now. |
| **@xiaoyi990618:** | This can no longer be used. |
| **@xiaoyi990618:** | |



---

[115] *See* **Exhibit 2**, which is a true and correct copy of a certified translation of my conversation with @xiaoyi990618 on Telegram.

**@xiaoyi990618:**     New version required

█████████:     Where can I get the new version?

**@xiaoyi990618:**     I have it here

**@xiaoyi990618:**     Requires 500 USDT

█████████:     SMS/RCS?

**@xiaoyi990618:**     ?

**@xiaoyi990618:**     Give me money, I'll sell it to you.

█████████:     Payment Address?

**@xiaoyi990618:**     Yes

█████████:     Sure Can I trust you?

**@xiaoyi990618:**     Of course

**@xiaoyi990618:**     I cheat you, I go to hell

**@xiaoyi990618:**     Would you use this yourself?

█████████:     Yes Just me.

**@xiaoyi990618:**     Okay

**@xiaoyi990618:**     As long as you use this tool.

**@xiaoyi990618:**     This is the tool used to create a fishing site

█████████:     Did you write this software? How did you get the permit?

**@xiaoyi990618:**     This is a secret.

**@xiaoyi990618:**     Can't tell you

█████████:     Yes, that's exactly what I need. [replying to the "This is the tool used to create a fishing site" message]

**@xiaoyi990618:**



**@xiaoyi990618:**      ███████████████████████2tTP

**@xiaoyi990618:**      Pay 500 ustd, I will send you the latest version.

████████:      Give me some time to transfer the funds.

**@xiaoyi990618:**      OK

████████:      How do I know if my license will work? Should I get it from Darcula?

**@xiaoyi990618:**      My software will work.

95.     Additionally, I decided to contact the other individual referenced by the user(s) of @Darcula in the @darcula_channel Telegram channel, @pk520520.[116] Beginning on September 9, 2025, the following conversation took place over four days.

| | |
|---|---|
| ██████████ : | Have you seen "Darcula"? A Magic Cat license is required. |
| **@pk520520:** | ?? What does it mean? |
| ██████████ : | Magic Cat Software |
| **@pk520520:** | What's wrong? |
| **@pk520520:** | Do you need to fish? |
| ██████████ : | Yes SMS |
| ██████████ : | [Sent an image of an error message from the darcula-suite software stating "Check for update failed: Error: net::ERR_CONNECTION_REFUSED] |
| **@pk520520:** | Yes, I will go to the stage.[117] |
| ██████████ : | Is my problem solved? |
| **@pk520520:** | Purchase Required |
| ██████████ : | How much U? Who do I pay? |
| **@pk520520:** | Take a screenshot for me. |
| **@pk520520:** | Pay 1000 USDT |
| ██████████ : | Where do I send it? |
| **@pk520520:** | Let me give you the address. |
| **@pk520520:** | ████████████████████████ krK2 |

---

[116] *See* **Exhibit 3**, which is a true and correct copy of a certified translation of my conversation with @pk520520 on Telegram.

[117] Based on my experience and investigation, I believe this indicates that @pk520520 had access to a database or server showing active phishing licenses and could have been offering to check on the status of my account.

**@pk520520:** ███

96.    Even during the time that the @darcula_channel was active, other Telegram channels offered Magic Cat as well. For example, Telegram channel @TRXcyou, also called "Darcula Office," was active from February 16, 2024, through March 9, 2024, and had 2,171 members. The first message posted by @TRXcyou requested members reach out to @cvvdb, the same account referenced on the "darcula[.]me" website, for support. On March 3, 2024, @TRXcyou posted the following phishing templates with the message, "customize your Magic Cat platform at an exceptionally cost-effective price…. Bank accounts/credit cards/WhatsAPP/everything you can think of can be fished."



Figures 54A, 54B, and 54C. Telegram messages from @TRXcyou showing templates for Magic Cat phishing pages, March 3, 2025, https://t[.]me/TRXcyou/156, https://t[.]me/TRXcyou/158, https://t[.]me/TRXcyou/159 (translated).[118]

---

[118] Ex. 1 at 192, 196, 200 (Figures 54A, 54B, and 54C).

97.    On March 4, 2024, the same user posted a photograph of three driver's licenses from Wisconsin, Michigan and Ohio with the statement "[t]here are no unprofitable industries, only unprofitable companies."[119] The next day, the user(s) of @TRXcyou posted a photo of another American driver's license with the message, "Selling first-hand DL from the whole internet + selfie with ID. Truly first-hand."[120]

98.    On March 7, 2024, the user(s) of @TRXcyou stated "[s]ource code list is continuously updated..." and linked to the same GitHub account as the website from darcula[.]me.[121]

99.    Telegram channel @xxhcvv is another forum with various chats about phishing and carding, with various users discussing and offering Magic Cat. Telegram user(s) @x667788x was frequently active in the channel and claimed to be affiliated with the Magic Cat developer(s). On March 26, 2024, the user(s) of @x667788x posted:



Figure 58. Screenshot from March 26, 2024 message, https://t[.]me/xxhcvv channel, accessed via Flashpoint (translated).[122]

---

[119] Ex. 1 at 204 (Figure 55).

[120] Ex. 1 at 208 (Figure 56).

[121] Ex. 1 at 212 (Figure 57).

[122] Ex. 1 at 216 (Figure 58).

100.    In this post, the user offered Magic Cat along with other services to facilitate large-scale phishing operations. I believe that the user offered to send Apple IM SMS messages and RCS SMS messages for .032 and .03 USDT per message respectively. The user also offered an "apprentice recruitment/fishing course" and private channel for 1,288 USDT. I believe this to refer to one-on-one training on how to run a phishing operation.

101.    This same user or users posted frequently about living a lavish lifestyle. For example, on March 25, 2024, the user posted a receipt from Chanel for approximately 150,740 Thai Baht, the equivalent of about $4,700 dollars.

102.    On May 16, 2024, the user(s) posted a photograph showing various cell phones pre-loaded with credit cards, with the post, "After work, I will see who can still steal this image from me."[123] I know that loading stolen credit card data onto the "wallets" of Apple and Google Android devices is a common way for scammers to monetize the financial data they steal from victims.



Figure 60. Screenshot from May 16, 2024 message, https://t[.]me/xxhcvv channel, accessed via Flashpoint (translated).[124]

---

[123] Ex. 1 at 220 (Figure 59).
[124] Ex. 1 at 224 (Figure 60).

103.    The user(s) of @x667788x also posted videos that appear to show them sending substantial numbers of phishing messages. For example, in a video posted on December 3, 2024, the user(s) showcased a phone that appears to have sent hundreds of messages that claimed a package could not be delivered. I understand this to be the initial step of package delivery scams like the USPS scam discussed herein. In the video, the user zoomed out to show multiple phones that appear to have been used to send the same types of messages. The user appeared to be promoting their capabilities to send what appear to be thousands of scam SMS messages.



Figures 61A, 61B, and 61C. Screenshots from December 3, 2024 message that demonstrates their ability to send mass phishing messages, https://t[.]me/xxhcvv channel, accessed via Flashpoint (translated).[125]

---

[125] Ex. 1 at 228, 232 (Figures 61A and 61B).

104.    Another post on December 5, 2024, offered Magic Cat and related phishing support

services along with a photograph of a similar phone bank sending out mass text messages.



Figure 62. Screenshot from December 5, 2024 message, https://t[.]me/xxhcvv channel, accessed via Flashpoint (translated).[126]

105.    Magic Cat was also apparently offered on "Exploit[.]in" forum, a Russian-speaking

cybercrime forum, on which a user named @LIZI250 posted on October 9, 2024, "We are

---

[126] Ex. 1 at 237 (Figure 62).

normally trying to develop it so that everyone can make the fake pages they need, very easy to work with," and linked to an unlisted YouTube video showing the Magic Cat software.

106.    Similarly, on another Russian-speaking cybercrime forum, XSS forum, a user named lizi250 posted about "[p]rovid[ing] phishing fake page service," and attached photos of Magic Cat.[127]



Figure 63. A user named lizi250 posted about providing phishing services on September 30, 2024, http[:]//xssforumv3isucukbxhdhwz67hoa5e2voakcfkuieq4ch257vsburuid[.]onion/threads/123843 (translated).[128]

## VII.    Conclusion

107.    Magic Cat is sophisticated phishing software that, since 2023, has caused substantial losses to individual victims and financial institutions. Over the years, the software incorporated new technology, like AI, to stay ahead of security researchers, law enforcement, and

---

[127] Ex. 1 at 241 (Figure 63).
[128] Ex. 1 at 241 (Figure 63).

private companies' fraud detection techniques. The users behind the Telegram handles @Darcula,

@pk520520, @x667788x, and @lizi250 work together to create, distribute, and update the Magic

Cat phishing kit software and to provide support services to their large network of cyber scammers,

profiting from making a technically complex crime accessible to many.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 16, 2025, in ███████████████.