# Exhibit 1
# (Part 1)

# FIGURE 1



天暗星李星云

195 subscribers

Message    Open    More

info
主营业务：全球钓鱼源码和发信，各国pos机和各类出款渠道 群主ID： @xiaoyi990618



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 1**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



**Dark Star Li Xingyun**

195 subscribers

Message    Open    More

info
**Main business: Global fishing source code and letter sending, POS machines and various payment channels of various countries, owner ID: @xiaoyi990618**

# FIGURE 2



**Telegram** > darcula (ID: 1817967448)

darcula  Jan 19, 2025, 04:29 UTC · Author ID: 1817967448, Aliases: darcula_channel

**Original Language**
🔳 3 新版重制版可以进行测试了 重新设计了下功能，现在，你也可以自己定制前台了。 使用 darcula-suite 即可在10分钟内完成一个前台的制作。 现内测阶段，年后开工时更新稳定版

神奇猫猫v3

▶  0:00 / 3:56    🔊    ⬚    ⋮

Filename: 神奇猫猫v3.mp4
Sha1: ab890bab24b52b714a0d ...more

*Source URL: https://t.me/darcula_channel*

⤳ Share    🔖 Bookmark    ⊞ Add to Investigation    🔤 Translate    ⚠ Rep


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 2**" is, to the best of my
knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 3



**17:47**  ◢ TELEGRAM  ::..LTE 🔋

〈 返回

## !看简介! darcula 🐷

近期曾上线

📞 语音通话    🔔 静音    🔍 搜索    ••• 更多

手机号码
+1 727 755 6989

用户名
@darcula    🔳

个人简介
!!!被高仿了，防止被骗先激活再付费!!! 近
期在忙，回复有点慢，问问题尽量直接说
重点，(问在不在或者发一堆问号或1的消
息不回，经常乱发的拉黑)

营业时间
营业中    12:00 - 00:00 ⌄

加为联系人

屏蔽此用户

群组

 红喜鹊吹生 🖤 群（禁广）


**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 3**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

**WENDY POON**
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



17:47   TELEGRAM   LTE

**Back**

**!See the profile!darcula**

Recently online

Voice Call   Mute   Search   More

**Mobile Phone**
+1 727 755 6989

**Username**
@darcula

Personal Profile
!!! It has been counterfeited, to prevent being scammed, activate first before paying!!! I have been busy recently, and the reply is a little slow. Try to get straight to the point when asking questions (I won't reply to messages asking if I'm there or there are a bunch of question marks or 1s. I will block those who frequently send random messages will get you blocked).

**Business Hours**
Open                          12:00 - 00:00 ∨

**Add as Contact**

**Block this user**

**View Group**

Red Magpie 🎊 Boasting Herd (Banned)

13

# FIGURE 4

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 5




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 5**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 6





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 6**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

**WENDY POON**
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 7

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 8





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 8**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 9

# Phishing Templates 神奇猫猫V3模板

A collection of 300+ phishing templates 查看模板 used by darcula for ethical cybersecurity awareness training.



这些网络钓鱼模板的目的是可以用于渗透测试和安全意识培训。 The intention are these phishing templates can be used for pen testing engagements and security awareness training.

## How to use

You need to prepare an Ubuntu 22.04 1H1G server and then build the system

We have any template for any country you need .Contact us 联系我们

# Why Phishing Simulations?

A pentester would argue they're for measuring an organisation's cybersecurity risk.

*Fluff that..*



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 9**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public

# Phishing Templates Magic Cat V3 Template

A collection of 300+ phishing templates View Templates used by darcula for ethical cybersecurity awareness training.



The intention is that these phishing templates can be used for pen testing engagements and security awareness training.

## How to use

You need to prepare an Ubuntu 22.04 1H1G server and then build the system

We have any template for any country you need . Contact us

# Why Phishing Simulations?

A pentester would argue they're for measuring an organisation's cybersecurity risk.

*Fluff that..*

# FIGURE 10




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 10**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 11




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 11**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 12




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 12**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 13




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 13**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



Select the version to install

v1 – original version (more stable)

**v1 – original version (more stable)**

v2 – new version (missing some features or has some bugs)

v3 – version (under development)

Install WordPress

Installation speed depends on the server (6 – 15 minutes per server)

# FIGURE 14





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 14**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 15




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 15**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 16





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 16**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 17





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 17**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 18





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 18**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 19




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 19**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 20




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 20**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 21




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 21**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
December 15, 2025

_____
Signature, Notary Public

**WENDY POON**
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE
78



# FIGURE 22





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 22**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 23




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 23**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 24

Omitted from Exhibit. The original image included in the Naxo
Declaration contained English and was not translated.

# FIGURE 25





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 25**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 26





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 26**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 27

Omitted from Exhibit. The original image included in the Naxo
Declaration contained English and was not translated.