# Exhibit 1
# (Part 2)

# FIGURE 28





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 28**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 29





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 29**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 30




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 30**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 31





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 31**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 **2 7**

Stamp, Notary Public



# FIGURE 32



配置 youtube

这里只有域名是必填的, 其它的保持为空会使用默认值; 域名绑定数量没有限制;
如果你解析域名的时候没有使用 Cloudflare, 那你需要在域名生效后点下左下角的 [申请证书]
同一个域名不能同时给两个源码用, 否则只有一个生效

域名绑定

为此源码绑定域名, 不需要输入 http 这些东西(小写)

前台入口 (!不能为空!)

Lc4W5s

比如城名是abc.com, 这个设置成 xxx, 完整链接就是 abc.com/xxx (区分大小写, 不要用特殊符号!!!)

IP白名单(只允许指定国家访问)

请选择

例如 US:JP; (不区分大小写)

关闭IP过滤(如果你打开了这个, 将不会再检查IP状况来拦截了, !!!仅用于测试时开启!!!)

拦截电脑设备

一般电脑设备进来的没几个正常的, 根据具体情况自行选择

拦截iOS设备

拦截Android设备

前台自定义

自定义验证页面

| 自定义验证页面1 | 自定义验证页面2 | 自定义验证页面3 | 自定义验证页面4 | 自定义验证页面5 |

卡错误提示

Stuff

提交    重置



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 32**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
December 15, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public



**Configure YouTube**                                                    ×

Only the domain name is required here; others will use default values if left blank; there is no limit to the number of domain names that can be bound;

If you did not use Cloudflare when resolving the domain name, you need to click [Apply for Certificate] in the bottom left corner after the domain name takes effect

The same domain name cannot be used for two source codes simultaneously, otherwise only one will take effect

Domain name binding

Bind a domain name for this source code. You do not need to enter http and similar elements (lowercase)

Frontend Entry Point (! Cannot be empty!)

Lc4W5s

For example, if the domain name is abc.com, and this is set to xxx, the complete link will be abc.com/xxx (case-sensitive, do not use special symbols!!!)

IP whitelist (Only allows access from specified countries)

Please select

For example, US;JP; (case-insensitive)

Disable IP filtering (If you turn this on, IP status will no longer be checked for interception, ! !! Only enable for testing !!!)

Intercept computer devices

Generally, few who enter using computer devices are normal. Choose according to the specific situation

Intercept iOS devices

Intercept Android devices

Frontend Customization

Custom Verification Page

| Custom Verification Page 1 | Custom Verification Page 2 | Custom Verification Page 3 | Custom Verification Page 4 | Custom Verification Page 5 |

Card Error Prompt

Submit    Reset

# FIGURE 33

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 34

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 35

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 36

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 37

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 38

Omitted from Exhibit. The original image included in the Naxo
Declaration contained English and was not translated.

# FIGURE 39A

Omitted from Exhibit. The original image included in the Naxo
Declaration contained English and was not translated.

# FIGURE 39B

Omitted from Exhibit. The original image included in the Naxo
Declaration contained English and was not translated.

# FIGURE 40A

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 40B

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 41A




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 41A**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE
130



17:47     ◀ TELEGRAM     ⦙⦙⦙ LTE 🔋

‹ Back

**!See the profile!darcula** 🐦

Recently online

| 📞 Voice Call | 🔔 Mute | 🔍 Search | ••• More |

Mobile Phone
+1 727 755 6989

Username
@darcula

Personal Profile
!!! It has been counterfeited, to prevent being scammed, activate first before paying!!! I have been busy recently, and the reply is a little slow. Try to get straight to the point when asking questions (I won't reply to messages asking if I'm there or there are a bunch of question marks or 1s. I will block those who frequently send random messages will get you blocked).

Business Hours
Open                                    12:00 - 00:00 ⌄

Add as Contact

Block this user

View Group

Red Magpie 🦤 Boasting Herd (Banned)

# FIGURE 41B





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 41B**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 42A

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 42B



@ darcula
Username

(i) 莫问在不在，莫发语音，莫发 ???。直接说事情，否则不回
Bio



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 42B**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



@ **darcula**
Username

 Don't ask whether I'm available, don't sent voice messages and don't send "???". Just directly state your business otherwise there will be no reply

Bio

# FIGURE 42C





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 42C**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 43





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 43**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 44




**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 44**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_Jacqueline Yorke_

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 45





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 45**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



Telegram > darcula (ID: 1817967448)

darcula  May 10, 2024, 09:27 UTC • Author ID: 1817967448, Aliases: darcula_channel

**Original Language**

There's a little bit to look forward to, many parts have recently been standardized and rectified, laying the groundwork for the direction of future development. It will take another 2–3 days to do some compatibility work on the current frontend (and then it can be updated). After compatibility is complete, new version features will be gradually added, and at that time, the old version will stop updating (it can still be continued to be used). The activation code for the old version can also be used for the new version

▶  0:00 / 1:53    🔊    ⬚    ⋮

File name: Sequence 01.mp4
Sha1: 15c2eac9dc7c5b41e424 ...more

Source URL: https://t.me/darcula_channel

⤳ Share    🔖 Bookmark    ⊞ Add to Investigation    🔤 Translate    ⚠ Repo

# FIGURE 46





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 46**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 47



● Telegram › darcula (ID: 1817967448)

darcula Jan 19, 2025, 04:29 UTC • Author ID: 1817967448, Aliases: darcula_channel

**Original Language**
🔤 3 新版重制版可以进行测试了 重新设计了下功能，现在，你也可以自己定制前台了。使用 darcula-suite 即可在10分钟内完成一个前台的制作。现内测阶段，年后开工时更新稳定版

Filename: 神奇猫猫v3.mp4
Sha1: ab890bab24b52b714a0d ...more

*Source URL: https://t.me/darcula_channel*

⤴ Share    🔖 Bookmark    ⊞ Add to Investigation    🔠 Translate    ⚠ Rep



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 47**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 48





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 48**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 49





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 49**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 50

darcula · Author ID: 1817967448
Posted on July 23, 2023 at 07:29:46 UTC

**Original Language**

高价收香港苹果礼品卡，可担保，熟人秒回款，其他12小时内回
@xiaoyi990618



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 50**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public

darcula · Author ID: 1817967448
Posted on July 23, 2023 at 07:29:46 UTC

**Original Language**

Buying Hong Kong Apple gift cards at high prices. Escrow
can be provided. Close contacts get instant payment;
others receive payment within 12 hours. @xiaoyi990618

# FIGURE 51

Info





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 51**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 52





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 52**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 53





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 53**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 54A



接神奇猫猫台子定制 价格性价比拉满 给你各方面
建议 钓鱼经验丰富 了解市场需求和你的想法 🤭

银行账户 / 信用卡 / WhatsApp/ 你能想到的一切
都可以钓



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 54A**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



Customize your Magic Cat platform at an exceptionally cost-effective price. We offer comprehensive advice and extensive fishing experience, understanding market demands and your needs.

Bank account/credit cards/WhatsApp/everything you can think of can be fished

# FIGURE 54B



美国钓驾照 银行文件 实例 👍



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 54B**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



American Fishing License                    Bank Document  Example

# FIGURE 54C



美国俄勒冈州Ezpass ETC 实例    296 12:33 PM



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 54C**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



Ezpass ETC instance, Oregon, USA

# FIGURE 55



没有不赚钱的行业，只有不赚钱的企业



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 55**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public

