# Exhibit 1
# (Part 3)

# FIGURE 56



出售全网一手DL+自拍证件　真正意义上的一手



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 56**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



Selling first-hand DL from the whole internet + selfie with ID.
Truly first-hand.

# FIGURE 57





City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 57**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 58

小小灰钓鱼短信频道 · Author ID: 2145616893
Posted on March 26, 2024 at 18:40:59 UTC

●群业务：
●神奇猫猫同步钓鱼平台出租
●苹果IM短信0.2量大可谈
●RCS短信1W起0.18/3W起0.16
●出短信/IM/RCS精筛数据0.06/3筛
●软路由定制全球可寄/210U
●收徒/课程钓鱼/环境/通道/扫货/等等1288U

😶 Channel Business:
●Magic Cat Synchronous Fishing Platform Rental
●Apple IM SMS 0.032usdt large quantity can be negotiated
●RCS SMS global W starting from 0.03usdt large quantity can be negotiated
 （Minimum number of SMS messages is 10,000）
●SMS IM/RCS fine screening data 0.08/RMB screens
●Soft router customization can be sent globally/210usdt
●Apprenticeship/fishing course/environment/channel/shopping/etc. 1288usdt



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 58**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public

Xiaoxiaohui Fishing SMS Channel

Posted on March 26, 2024 at 18:40:59 UTC

•Group Business:
•Magic Cat Fishing for Rent
•Apple IM SMS 0.2 has a lot to talk about
•RCS text message from 1W 0.18/3W 0.16
•SMS/IM/RCS refined screening data 0.06/3 screen
•Customized soft router can be shipped worldwide/210U
Apprentice recruitment/fishing course/environment/channel/sweep/etc.1288U


🙂 Channel Business:
•Magic Cat Synchronous Fishing Platform Rental
•Apple IM SMS 0.032usdt large quantity can be negotiated
•RCS SMS global W starting from 0.03usdt large quantity can be negotiated
 (Minimum number of SMS messages is 10,000)
•SMS IM/RCS fine screening data 0.08/RMB screens
•Soft router customization can be sent globally/210usdt
•Apprenticeship/fishing course/environment/channel/shopping/etc. 1288usdt

# FIGURE 59





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 59**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 60





City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 60**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
December 15, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public



# FIGURE 61A





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 61A**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 61B





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 61B**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

Stamp, Notary Public



# FIGURE 61C

Omitted from Exhibit. The original image included in the Naxo Declaration contained English and was not translated.

# FIGURE 62



小小灰 神奇猫猫 RCS短信 · Author ID: 6057205859
Posted on December 05, 2024 at 01:53:55 UTC

RCS 0.18包数据/0.16代发
IM真机卡发 1W 起接 价贵
软路由定制210u 全球节点也可定制
神奇猫猫 钓鱼网站 周/月卡
出售苹果ID 谷歌老号绑卡专用

0:00 / 0:26

Filename: IMG_1553.MP4
Sha1: 8a614987137bca70b0fa ...more



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 62**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



# FIGURE 63





City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Figure 63**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
December 15, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public

