# Exhibit 2

Original Versions







幸运 李星云
这是用来制作钓鱼网站的工具
是的，这正是我需要的。    10:08 AM ✓✓

仅支持 Tron 资产 (TRC10/TRC20)

链包地址
...2tTP

⬆ 分享      ⧉ 复制

📄 如何从其它钱包转入?      ›
🏦 如何从交易所提币?      ›

...2tTP    10:10 AM

支付500ustd，我发送给你最新版本
❤    10:10 AM

给我一些时间来转移资金。    10:12 AM ✓✓

OK    10:12 AM

5



# Certificates of Translation

The following certificates appear in the same order as the original versions.



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Screenshot 2025-09-11 at 1.15.58 PM**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
September 19, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Screenshot 2025-09-11 at 1.16.20 PM**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
September 19, 2025

_____
Signature, Notary Public

> WENDY POON
> Notary Public - State of New York
> No. 01PO0000184
> Qualified in Queens County
> My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Screenshot 2025-09-11 at 1.16.27 PM**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
September 19, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Screenshot 2025-09-15 at 12.32.36 PM**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
September 19, 2025

_____
Signature, Notary Public

```
WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27
```

_____
Stamp, Notary Public

# English Translations of Message Thread

The following translations appear in the same order as the original versions.







