# Exhibit 3

Original Version



# Certificate of Translation



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Screenshot 2025-09-15 at 12.29.27 PM**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
September 19, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

# English Translation of Message Thread

