# Appendix B

**Appendix B**
**Google Registrations Implicated by the Darcula Enterprise**

| No. | Mark | Status / Dates |
|---|---|---|
| 1 | [YouTube play button logo]<br>RN: 4838524<br>SN: 86977379 | Registered & Incontestable<br><br>First Use: August 19, 2013<br>Filed: June 20, 2014<br>Registered: October 20, 2015 |
| 2 | [YouTube play button logo]<br>RN: 5581035<br>SN: 86316342 | Registered & Incontestable<br><br>First Use: August 19, 2013<br>Filed: June 20, 2014<br>Registered: October 9, 2018 |
| 3 | [Google "G" logo]<br>RN: 5365541<br>SN: 86915697 | Registered & Incontestable<br><br>First Use: September 1, 2015<br>Filed: February 22, 2016<br>Registered: December 26, 2017 |
| 4 | GOOGLE<br><br>RN: 2806075<br>SN: 75978469 | Renewed & Incontestable<br><br>First Use: September, 1997<br>Filed: September 16, 1999<br>Registered: January 20, 2004<br>Last Renewal: January 20, 2024 |

| No. | Mark | Status / Dates |
|---|---|---|
| 5 | GOOGLE<br><br>RN: 6373292<br>SN: 87786172 | Registered<br>First Use: September, 1997<br>Filed: February 6, 2018<br>Registered: June 1, 2021 |
| 6 | Google<br><br>RN: 4058966<br>SN: 85222261 | Renewed & Incontestable<br><br>Registered: November 22, 2011<br>Last Renewal: November 22, 2021 |
| 7 | Google<br><br>RN: 5324610<br>SN: 86912587 | Registered & Incontestable<br><br>First Use: September 1, 2015<br>Filed: February 18, 2016<br>Registered: October 31, 2017 |
| 8 | Google<br><br>RN: 5324609<br>SN: 86912574 | Registered & Incontestable<br><br>First Use: September 1, 2015<br>Filed: February 18, 2016<br>Registered: October 31, 2017 |
| 9 | GOOGLE PLAY<br><br>RN: 5570801<br>SN: 85560994 | Registered & Incontestable<br><br>First Use: March 6, 2012<br>Filed: March 5, 2012<br>Registered: September 25, 2018 |
| 10 | Google Play<br><br>RN: 5628029<br>SN: 85563165 | Registered & Incontestable<br><br>First Use: April 14, 2016<br>Filed: March 7, 2012<br>Registered: December 11, 2018 |