UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>DOES 1–25,<br><br>      *Defendants.* | Civil Action No. 1:25-cv-10440-JSR |

**CERTIFICATE OF SERVICE**

I, Laura Harris, counsel for Google LLC ("Google") in this action, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a partner with the law firm of King & Spalding LLP, and I oversaw Google's efforts to provide service and notice to Defendants by email and website publication, as authorized by the Court's *Ex Parte* Temporary Restraining Order and Order to Show Cause (the "Order"), entered December 17, 2025.

2. On December 17, 2025, I caused notice of the Order to be sent to the registrars identified in Appendix A to the Order requesting, in part, that those third parties provide contact information associated with the domains identified in Appendix A.

3. On January 4, 2026, King & Spalding LLP served Defendants by email, using the email addresses identified in Google's investigation or that registrars had provided to date, and by website publication with copies of the following documents:

    a. Complaint, dated December 17, 2025;

    b. The Order, dated December 17, 2025;

    c. Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause, dated December 17, 2025;

d. Plaintiff's Memorandum of Law in Support of Its Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause, dated December 17, 2025;

e. [Proposed] *Ex Parte* Temporary Restraining Order and Order to Show Cause, dated December 17, 2025;

f. Declaration of Laura Harris in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause, dated December 17, 2025;

g. Google Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause, dated December 17, 2025;

h. Naxo Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause, dated December 17, 2025;

i. Plaintiff's Motion to File Appendix A Under Seal and Redact Certain Identifying Information, dated December 17, 2025;

j. Plaintiff's Memorandum of Law in Support of Its Motion to Redact Certain Personal Identifying Information and File Appendix A Under Seal, dated December 17, 2025;

k. [Proposed] Order Granting Plaintiff's Motion to File Appendix A Under Seal and Redact Certain Identifying Information, dated December 17, 2025; and

l. Order Granting Plaintiff's Motion to Redact Certain Personal Identifying Information and to File Appendix A under Seal.

Executed on January 8, 2026, in New York, New York.

                                            */s/ Laura Harris*
                                            Laura Harris