UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC, | |
|     Plaintiff, | 25-cv-10440 (JSR) |
| -v- | ORDER |
| DOE 1 a/k/a YUCHENG CHANG and DOES 2-25, | |
|     Defendants. | |

JED S. RAKOFF, U.S.D.J.:

Upon application of plaintiff Google LLC, the Clerk of Court is hereby directed to unseal Appendix A to the Naxo Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause ("Appendix A"), ECF No. 14-1.

SO ORDERED.

New York, NY
January 8, 2026

                                                  JED S. RAKOFF, U.S.D.J.

1