UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>DOES 1 a/k/a YUCHENG CHANG and DOES 2–25,<br><br>  *Defendants*. | Case No. 1:25-cv-10440-JSR<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Grace Miller of the law firm King & Spalding LLP hereby appears on behalf of Plaintiff Google LLC in the above captioned matter and respectfully requests to be served with copies of all pleadings, discovery, correspondence, and notices in this case. The undersigned is admitted to practice before this Court.

Dated: January 8, 2026

            KING & SPALDING LLP

            By: /s/ *Grace Miller*
               Grace Miller
               1290 Avenue of the Americas, 14th Fl.
               New York, NY 10104-0101
               (212) 556-2100
               gmiller@kslaw.com

            *Counsel for Plaintiff Google LLC*