# EXHIBIT 1

**Registrant Addresses**

| # | Registrar | Registrant Name | Registrant Email Address | Registrant Address | City | State | Zip | Registrant Phone Number | Country |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Gname | wer wer | halukiakilaqhalukiakila@gmail.com | AU South Australia asdas asdasdas dasd | | | | +61 415895989 | |
| 2 | Gname | Zhong Si | yuemanceshi@gmail.com | CL Copiap Atacama Av Henr quez 523, 1530349 Copiap, Atacama | | | | +56 968427293 | |
| 3 | Gname | Ueygege dfgdfgdg | uejehrhtbbt@gmail.com | CN Beijing zhao yang Diagonal 36A, Las Luisas, Zapote, San Jos | | | | +86 17877728532 | |
| 4 | OwnRegistrar | Maria Amparo | xudada123654@gmail.com | Avda America N 34-199Edificio Anglo ecuatoriana 2 Sur | Quito | Pichincha | 170513 | 86-6785357677 | Ecuador |
| 5 | Gname | Wu wa | heimao00777@gmail.com | GR sasdasd asasda Beinerstrae 1065375 OestrichWinkel | | | | +30 15236887102 | |
| 6 | Hostinger | Quint Rusen | quintrusen@gmail.com | 916 Hougang Avenue 9 | zsss | Kauno | LT-21102 | +852 97774341 | LT |
| 7 | Gname | erret ffgfg | gabrieltristan6787@gmail.com | HK Hong Kong guan tang qu xin jian bei lu 22 hao xin jian bei lu 168 | | | | +852 89554444 | |
| 8 | Gname | Waters Waters | murazor4006@gmail.com | HK Hong Kong jiu long cheng qu murazor4006gmailcom | | | | +852 46804795 | |
| 9 | Gname | chao boab | killer543809@gmail.com | HK Hong Kong dong qu changshui-ciaihh-40 | | | | +852 55579167 | |
| 10 | Gname | Tsang Choi Yan | heimao00777@gmail.com | HK Hong Kong zhong xi qu hoi Yan | | | | +852 4623566 | |
| 11 | Gname | dsdfs grdaq | ettstryk@gmail.com | HK Hong Kong jiu long cheng qu fasdsd tggkgh ggrepe 187ewew ewfj | | | | +852 66396220 | |
| 12 | Gname | eerer SFHHHH | haqbarby@gmail.com | HK Hong Kong jiu long cheng qu eweweg rrerg | | | | +852 88665546 | |

2

| # | Registrar | Registrant Name | Registrant Email Address | Registrant Address | City | State | Zip | Registrant Phone Number | Country |
|---|---|---|---|---|---|---|---|---|---|
| | | | | erre wtet yerwe wtttw 1985 455 hao | | | | | |
| 13 | Dynadot | | golombouska@gmail.com | 462-1027, Wakigawa, Kurotaki-mura Yoshino-gun, Nara | Nara | Nara | 6380202 | 81 . 08096987454 | JP |
| 14 | Newfold Digital/ Dreamscape Networks | Grannis Farella | grannisfarella@gmail.com | 37 Drake Street, Auckland Central Auckland 1010 New Zealand | | | | 64.0225042383 | |
| 15 | Newfold Digital/ Dreamscape Networks | Adriaan Oberholzer | rafekgnt2851@hotmail.com | 108 Victoria Street West, Auckland 1140 New Zealand | | | | 64.0210543915 | |
| 16 | Wix | ew hrh | vslskie82320wkwk@gmail.com | ge gegew | hthr | Nantou | 76765 | +886 9786765755 | Taiwan |
| 17 | Dynadot | Harriett Brown | xhgtbn@163.com | 16114th Avenue | Richmond | VA | 23222 | 1 . 8045888751 | US |
| 18 | Gname | Angelica Bryant | summer96960606@gmail.com | US Florida sa la suo ta 15757 Hancock rd | | | | +852 66340832 | |
| 19 | Gname | Tina Wing | deborahwiosk@aol.com | US Michigan GARDEN CITY 31043 BROWN ST | | | | +1 5738059001 | |
| 20 | Gname | Balda Cesar | yvbgldwcoqiay@outlook.com | US North Carolina Monroe 2501 Justin Ct | | | | +1 7693340036 | |
| 21 | Gname | Angelo Marcheschi | fabianarleen68025@hotmail.com | US Illinois TINLEY PARK 17849 67TH CT | | | | +1 6094181764 | |

3

| # | Registrar | Registrant Name | Registrant Email Address | Registrant Address | City | State | Zip | Registrant Phone Number | Country |
|---|---|---|---|---|---|---|---|---|---|
| 22 | Gname | Barbara Archer | king_lisaz85166@gmx.com | US Michigan Southfield 1855 Ritter Avenue | | | | +1 5866933501 | |
| 23 | Gname | Ruben Gist | 4748453@gmail.com | US Illinois ASFS 949 Lee Avenue | | | | +1 8563324852 | |
| 24 | OwnRegistrar | chengxiang dai | cjon55699@gmail.com | 7255 Corporate Dr | Houston | Texas | 77036 | 1-6467495453 | United States |
| 25 | OwnRegistrar | zhu zhu | zhuzhu306706183@gmail.com | Address line 1 | - | Other | 12345 | 1- | United States |
| 26 | Gname | jiangya jiangya | jiangya670@163.com | SG Alaminos Alaminos 95 Barangay San Ildefonso Alaminos Laguna 4001 | | | | +65 65824887 | |
| 27 | Gname | RTGTG RYTR | renvex00@gmail.com | TH Shanghai huang pu 1-14-07, KONDO INDAH ALAM, JALAN JUBLI PERAK | | | | +86 15342555588 | |