UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

     *Plaintiff*

     v

DOE 1 a/k/a YUCHENG CHANG and DOES
2–25,

     *Defendants*

Civil Action No   25-cv-10440 (JSR)

DECLARATION OF LAM SZE WING IN SUPPORT OF
GOOGLE'S SUPPLEMENTAL MEMORANDUM OF LAW
IN RESPONSE TO JANUARY 9, 2026 HEARING

     I, LAM SZE WING. of Zhong Lun Law Firm LLP, a solicitor duly admitted to practise in Hong Kong, hereby make this declaration as follows.

     1     I have been instructed to verify various addresses as set out in *Attachment A*. and, if such addresses exist, to effect service of certain United States court documents at those addresses.

     2     I am conversant in English, Cantonese, and Mandarin Chinese  I have personally reviewed the addresses listed in *Attachment A*, and they do not appear to be valid addresses

     3     In Hong Kong, addresses are written either in English or in Traditional Chinese. The addresses listed in *Attachment A* are written in *Pinyin*. a romanization system used for Mandarin Chinese. This system is not used in Hong Kong. When transliteration of Hong Kong addresses is needed, the phonetic form is based on Cantonese, not Mandarin.

     4     Accordingly, the addresses in *Attachment A* are clearly fake. Using only one's imagination, one might speculate that the following Pinyin terms bear a distant resemblance to certain Hong Kong districts:

     a.     "Guang Tang Qu" — *Kwun Tong District*;

     b.     "Jiu Long Cheng" — *Kowloon City District*;

1

c.    "Dong Qu" — *Eastern District*; and

d.    "Zhong Xi Qu" — *Central and Western District*.

5.    However, the street names are nonsensical ("gibberish") and are not recognizable as any genuine locations in Hong Kong.

6.    I have checked the stated addresses using Google Maps. I have also conducted searches on the Hong Kong Post Office website to verify the addresses listed in *Attachment A*. None of these addresses could be found through the website's official address database.

7.    I have instructed my law clerks, Mr. Cheung Ka Ho and Mr. Yam Chun Cheung, to make inquiries at the Post Offices and District Offices of Kowloon City, Kwun Tong, Central and Western, and Eastern Districts.

8.    On 21 January 2026, I also made telephone calls to the contact numbers listed in *Attachment A* and found that all listed numbers were empty or unassigned numbers.

**Verification Visits by District**

**Kowloon City District**

9.    On 21 January 2026, my law clerk, Mr Yam Chun Cheung, visited the Kowloon City Post Office (one of the post offices in Kowloon City District) at G/F, 28 Lung Kong Road, Kowloon City, Hong Kong and met with a postal employee named Ms. Leung. He presented *Attachment A* for verification and Ms. Leung informed him that she had no idea of the addresses listed therein.

10.    On 21 January 2026, he visited the Kowloon City District Office at Registry G/F of Kowloon City Government Offices, 42 Bailey Street, Hung Hom, Kowloon, Hong Kong, met with a District Office employee named Mr. Liu, and presented *Attachment A* for verification. Mr. Liu informed him that he had no idea of the addresses listed therein.

**Kwun Tong District**

2

11.    On 21 January 2026, my law clerk, Mr. Yam Chun Cheung, visited the Kwun Tong Post Office (one of the post offices in Kwun Tong District) at Unit A & Unit B, G/F, 52 Hung To Road, Kwun Tong, Kowloon, Hong Kong and met with a postal employee named Mr Lau. He presented *Attachment A* for verification and Mr. Lau informed him that he had no idea of the addresses listed therein

12    On 21 January 2026, he visited the Kwun Tong District Office at 21/F, Millennium City 6, 392 Kwun Tong Road, Kwun Tong, Kowloon, Hong Kong and met with a District Office employee named Mr. Lee, and presented *Attachment A* for verification. Mr. Lee likewise informed him that he had no idea of the addresses listed therein

**Central and Western District**

13.    On 21 January 2026, my law clerk, Mr. Cheung Ka Ho, visited the General Post Office (one of the post offices in Central and Western District) at 2 Connaught Place, Central, Hong Kong and met with a postal employee named Ms. Karen Wong. He presented *Attachment A* for verification and Ms. Wong informed him that the addresses listed therein are not correct addresses and not in the Hong Kong address format .

14    On 21 January 2026, he visited the Central and Western District Office at 11/F, Harbour Building, 38 Pier Road, Central, Hong Kong met with a District Office employee named Mr. Lau Sai Chu, and presented *Attachment A* for verification Mr. Chu informed him that the addresses listed therein are not valid Hong Kong addresses.

**Eastern District**

15.    On 21 January 2026, my law clerk, Mr. Cheung Ka Ho, visited the Hing Man Street Post Office (one of the post offices in Eastern District) at G/F, Shop 1, Wing Hing Court, 50-52 Hing Man Street, Sai Wan Ho and met with Ms. Lee Ka Li. He presented *Attachment A* for

verification and Mr. Li informed him that the addresses listed therein are not in the Hong Kong address format.

16.    On 21 January 2026, he visited the Eastern District Office at 11/F, Eastern Law Courts Building 29 Tai On Street, Sai Wan Ho, met with Mr. Anson Lo, and presented *Attachment A* for verification. Mr. Lo likewise informed him that the addresses listed therein are not correct.

17.    I was also asked to verify the address **"916 Hougang Avenue 9, zsss, Kauno, LT-21102; LT."** This address is entirely fake and unrecognizable. The country code "LT" does not correspond to Hong Kong — Hong Kong's international postal code is "CN" for China. Moreover, Hong Kong does not use "state" or "zip code" designations, and there is no "Zsss City" or any street known as "Hougang." A search on the Hong Kong Post Office's official address database confirms no record of any such address exists within Hong Kong.

18    To the best of my knowledge and belief, and based on the inquiries made as set out above, the addresses listed in *Attachment A* and the address "916 Hougang Avenue 9, zsss, Kauno,LT-21102;LT" do not exist within Kowloon City, Kwun Tong, Central and Western, Eastern Districts, or anywhere in Hong Kong.

19    In accordance with 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2026, in Shanghai, China

LAM SZE WING
Solicitor, ZHONG LUN LAW FIRM LLP

4

*Attachment A*

Addresses

1. HK Hong Kong guan tang qu xin jian bei lu 22 hao xin jian bei lu 168
2. HK Hong Kong jiu long cheng qu murazor4006gmailcom
3. HK Hong Kong dong qu changshui-ciaihh-40
4. HK Hong Kong zhong xi qu hoi Yan
5. HK Hong Kong jiu long cheng qu fasdsd tggkgh ggrepe 187ewew ewfj
6. HK Hong Kong jiu long cheng qu eweweg rrerg erre wtet yerwe wtttw 1985 455 hao
7. 916 Hougang Avenue 9, zsss, Kauno, LT-21102,  LT

Phone Numbers

1. +852 89554444
2. +852 46804795
3. +852 55579167
4. +852 4623566
5. +852 66396220
6. +852 88665546
7. +852 97774341