UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DOE 1 a/k/a YUCHENG CHANG and DOES 2–25,<br><br>*Defendants.* | Civil Action No.: 25-cv-10440 (JSR) |

### DECLARATION OF RON(RONGWEI) CAI IN SUPPORT OF GOOGLE'S SUPPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO JANUARY 9, 2026 HEARING

I, Ron(Rongwei) Cai, hereby declare as follows:

1. I am a senior counsel with Zhong Lun Law Firm[1] Shanghai Office, a law firm organized and existing under the laws of China, and located in Shanghai, China.

2. I make and submit this declaration in support of Plaintiff, Google LLC's Supplemental Memorandum of Law In Response to January 9, 2026 Hearing.

3. I understand that, as part of its investigation into Defendants' identities and whereabouts, Google obtained from several domain registrars physical addresses that were submitted to the registrars by the individuals who registered the domains.

4. One of these physical addresses includes words or acronyms suggesting that it may be located in Beijing, China.

5. According to records obtained from the relevant domain registrar the

---

[1] Zhong Lun Law Firm is formed as an LLP under PRC law.

physical address of the registrant of "baccredoeco.com" is "CN Beijing zhao yang Diagonal 36A, Las Luisas, Zapote, San Jos" (the "**Address**"). The country code "CN" ordinarily indicates that an address is located in China.

6. My firm reviewed the Address's format and content, and determined that the Address does not conform to the customary structure or format of a valid Chinese physical address. Chinese address standards require a clear hierarchy, starting from province, and then followed subsequently by city, district, street name, street number, and, in urban areas, building name and/or number and suit/apartment number are normally included (please see the table below for an example of my firm's address). Chinese addresses are usually described in Chinese characters or standardized Pinyin.[2] However, in the Address, only the city (i.e., Beijing) and the district (i.e., zhao yang) are described in Pinyin, while the other components (i.e., Diagonal 36A, Las Luisas, Zapote, San Jos) are in Spanish words. Neither these Spanish words nor their Chinese translations are consistent with any recognized Chinese administrative or postal nomenclature. Additionally, the Pinyin "zhao yang" is misspelled. The correct spelling is "Chaoyang," which is a district of Beijing.

7. Below is an example of a proper address:

---

[2] "Pinyin" is the official system for annotating pronunciation of Mandarin Chinese using the Latin alphabet.

|  | **Province** | **City** | **District** | **Street name & number** | **Building name & number** | **Suit/apartment number** |
|---|---|---|---|---|---|---|
| **Chinese** | 上海 | 上海 | 浦东新区 | 世纪大道 8 号 | 国金中心二期 | 10/11/16/17 楼 |
| **English Translation** | Shanghai | Shanghai | Pudong New Area | 8 Century Avenue | Two IFC | 10/11/16/17F[3] |

8. To confirm these conclusions, my firm also performed the following steps to verify the accuracy of the Address:

    a. My firm used Baidu.com, which is one of the most popular search engines in China, to attempt to locate and/or confirm the accuracy of the Address.

    b. My firm searched the Address on Amap (https://ditu.amap.com/), Tencent Map (https://map.qq.com/) and Baidu Map (https://map.baidu.com/), which are all publicly available Chinese mapping platforms, to attempt to locate and/or confirm the accuracy of the Address.

    c. My firm searched the Address on Chinese postal and courier delivery systems, including EMS (https://www.ems.com.cn/)

---

[3] My firm rents the whole floor. Thus, there is no suit/apartment number.

           and SF Express (https://www.sf-express.com/chn/sc), to assess whether the Address could be served. EMS is the official express service under China Post Group, and SF Express is the preeminent private courier service provider in China.

    d.    My firm searched the Address on a Chinese company registration information searching website QiChaCha (https://www.qcc.com/). According to its user terms, the information displayed on this website is sourced from official websites, such as the National Enterprise Credit Information Publicity System (https://www.gsxt.gov.cn), China Judgments Online (https://wenshu.court.gov.cn), and China National Intellectual Property Administration (https://www.cnipa.gov.cn), etc. In my experience, the QiChaCha website is reliable.

    e.    My firm conducted further search on the National Enterprise Credit Information Publicity System (https://www.gsxt.gov.cn), an official website for enterprise registration information publicity. It is hosted by State Administration for Market Regulation of China.

9.    Despite these efforts, my firm was unable to identify any real, verifiable, or deliverable physical address in China corresponding to the Address. In my judgment, the Address is fictitious and does not correspond to a real location where the domain

registrant can be located.

10. Accordingly, despite reasonable efforts, the physical address of the domain registrant in China cannot be ascertained based on the information provided by the domain name registrar.

In accordance with 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 23rd day of January, 2026 in Shanghai, China

Ron(Rongwei) Cai
**Zhong Lun Law Firm Shanghai Office**
10/11/16/17F, Two IFC, 8 Century Avenue,
Pudong New Area, Shanghai 200120, China
Tel: +86 21 60613175
Cell: +86 13701636950
Fax: +86 21 6061 3555
roncai@zhonglun.com