UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Google LLC

                              Plaintiff(s),

                - against -

Doe 1 a/k/a Yucheng Chang and Does 2–25

                            Defendant(s),
------------------------------------------------------------X

1:25 Civ. 10440 (JSR)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on Dec. 17, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Doe 1 a/k/a Yucheng Chang and Does 2–25 by personally serving the Defendants in the manner ordered by the Court on Dec. 17, 2025, and proof of service was therefore filed on 1/8/2026, 2/19/26, Doc. #(s) 22, 35.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

          _____, 20__

                                             TAMMI M. HELLWIG
                                             Clerk of Court

                                   By: _____
                                           Deputy Clerk